**GEORGIA SUPERIOR COURT
CLERKS' COOPERATIVE AUTHORITY**

*Notary Division
1875 Century Boulevard, Suite 100
Atlanta, Georgia 30345*

## APOSTILLE
(Convention de La Haye du 5 Octobre 1961)

1. Country: **UNITED STATES OF AMERICA**

2. This public document
   has been signed by **SYBIL FURNIA**

3. acting in the capacity of **DEPUTY CLERK OF THE PROBATE COURT**

4. bears the seal/stamp of **PROBATE COURT OF
   BIBB COUNTY, GEORGIA**

### CERTIFIED

5. at **ATLANTA, GEORGIA**

6. the **16TH DAY OF AUGUST, 2006**

7. by **GEORGIA SUPERIOR COURT CLERKS' COOPERATIVE AUTHORITY**

8. No. **I-158458**

9. Seal/Stamp    10. Signature:



DAVID R. WILLIAMS
EXECUTIVE DIRECTOR

NOTARY PUBLIC
(404) 327-6023



PLAINTIFF'S EXHIBIT 3

**STATE OF GEORGIA**  
**COUNTY OF BIBB**

License No: 02ML0069

### Marriage License
*State of Georgia*

To any Clergy or any other person authorized to solemnize: You are hereby authorized and permitted to join the persons named below in Matrimony.

## John Kennedy Peterson and Pandita Charm-Joy Seaman

according to The Constitution and Laws of this State, and for doing so this shall be your sufficient license.

Given Under My Hands and Seal this 01-30-02

By: _William J. Self, II_ Probate Judge  
By: _[signature]_ Dep. Clerk

I hereby certify that the persons named above for whom this license was issued were joined together in Matrimony by me on

February 2nd, 2002, in the City of Byron, Peach County, Georgia.

Signature of Official: _Arturo Villanueva_  
Print Name: ARTURO VILLANUEVA  
Title: PASTOR  
Address: 502 Wilson Ln  
F.T. VALLEY, GA 31030

Recorded February 7, 2002  
Book No. "64", Page No. 69  
_Lizzie H. Fillmore_  
Dep. Clerk

Certified to be a true and correct copy on 02-07-2002  
_Lizzie H. Fillmore_  
(Dep.) Clerk

Officiant Must Sign Both Copies. Return this ORIGINAL to Probate Judge immediately after performing ceremony.  
**PROBATE COURT OF BIBB COUNTY, P.O. BOX 6518 MACON, GA 31208-6518**