**DIRECCIÓN GENERAL DE PROTECCIÓN A
MEXICANOS EN EL EXTERIOR
DIRECCIÓN DE DERECHO DE FAMILIA**
Número: PME-114134
Expediente: PME/750-16(MEX-JAL/EUA-GA/10)188
Asunto: Restitución de menores.
PETERSON SEAMAN. TARA LEONE FREE.
CONNOR DRAKE, RICHARD TALON Y SOPHIA AERYN SKY



SECRETARÍA DE
RELACIONES EXTERIORES **SRE**



*"2010, Año de la Patria. Bicentenario del Inicio de la Independencia y Centenario del Inicio de la Revolución"*

## Hague Convention on the Civil Aspects of International Child Abduction

DATE:       November 11th, 2010.
TO:         U.S. Central Authority – Villamor, Fabiana.
FROM:       Mexican Central Authority – Johannes Jacome Cid.
**SUBJECT:** Pt ... ... ... ... ... ... ... ...

Regarding the above captioned matter, attached please find the application for return of the children PETERSON SEAMAN, TARA LEONE FREE, CONNOR DRAKE, RICHARD TALON AND SOPHIA AERYN SKY under The Hague Convention on the Civil Aspects of International Child Abduction, as well as the following documents:

1. Request for Legal Assistance.

2. Birth certificate of the minors.

3. Marriage certificate.

4. Authorization to release case information.

5. Photographs of the minors.

6. Photograph of the person alleged to have wrongfully removed the children,

Mr. John Kennedy Peterson.

7. Facts report with its proper English translation.

8. Relevant Civil Code Sections of the State of Jalisco.

9. Other relevant documentation.

Also please be informed that the applicant mother rejects the option of voluntary return.

**S i n c e r e l y,**

**Johannes Jácome Cid.
Mexican Central Authority**.

*ATTACHMENTS
CSM/aklb

Plaza Juárez 20, piso 17 Col. Centro, Del. Cuauhtémoc México, DF 06010
TEL.+52 (55) 36865856 www.sre.gob.mx



PLAINTIFF'S
EXHIBIT
6



# SECRETARIA DE RELACIONES EXTERIORES

## *SOLICITUD DE ASISTENCIA CON BASE EN LA CONVENCION DE LA HAYA SOBRE LOS ASPECTOS CIVILES DE LA SUSTRACCION INTERNACIONAL DE MENORES*

**I. IDENTIDAD DEL MENOR Y DE SUS PADRES**
   **(IDENTITY OF CHILD AND PARENTS)**

**NOMBRE DEL MENOR  (NAME OF CHILD)**

P|                          Se               T    Le    f

| APELLIDO PATERNO (LAST) | APELLIDO MATERNO (MIDDLE) | NOMBRE(S) (FIRST) |
|---|---|---|

| FECHA DE NACIMIENTO (DATE OF BIRTH) | LUGAR DE NACIMIENTO (PLACE OF BIRTH) |
|---|---|
|  | Guadalajara, Jalisco, Mexico |

**DOMICILIO EN QUE RESIDIA ANTES DE LA SUSTRACCION**
**(ADDRESS OF HABITUAL RESIDENCE)**

Calz Club Atlas Sur # 500A
EL SALTO, JALISCO. C.P. 45623

| NACIONALIDAD (NATIONALITY) | NUMERO DE PASAPORTE Y FECHA DE EXPEDICION (PASSPORT NUMBER AND DATE OF EXPEDITION) |
|---|---|
| Mexican - American |  |

| ESTATURA (HEIGHT) | PESO (WEIGHT) | COLOR DE OJOS (EYES COLOR) | COLOR DE CABELLO (HAIR COLOR) |
|---|---|---|---|
| 1.36 | 26 kilos | green | Light brown |

1

**SEÑAS PARTICULARES**
**(DISTINCTIVE MARKS)**

Six inch scar on her left side. Extends from ribs to hip. from an accident a few years ago.

NOMBRE DEL PADRE (FATHER'S NAME)

Peterson                    John Kennedy

| APELLIDO PATERNO (LAST) | APELLIDO MATERNO (MIDDLE) | NOMBRE(S) (FIRST) |
| --- | --- | --- |

| FECHA DE NACIMIENTO (DATE OF BIRTH) | LUGAR DE NACIMIENTO (PLACE OF BIRTH) |
| --- | --- |
| | Fitchburg, Mass. USA |

**DOMICILIO ACTUAL (O ULTIMO QUE SE HAYA CONOCIDO)**
**(CURRENT OR LAST KNOWN ADDRESS)**

444 GA Hwy #26
Cusseta, GA    31805

| NACIONALIDAD (NATIONALITY) | NUMERO DE PASAPORTE Y FECHA DE EXPEDICION (PASSPORT NUMBER AND DATE OF EXPEDITION) |
| --- | --- |
| U.S.A. | Unknown |

| TELEFONO (TELEPHONE) | OCUPACION (EMPLOYMENT) | PAIS DE RESIDENCIA HABITUAL (COUNTRY OF HABITUAL RESIDENCE) |
| --- | --- | --- |
| Mex. (333)4492484  (706)989-3772 | Retired Military | Mexico |

2

**NOMBRE DE LA MADRE (MOTHER'S NAME)**

| Seaman | | Pandita   Charm-Joy |
|---|---|---|
| **APELLIDO PATERNO**<br>**(LAST)** | **APELLIDO MATERNO**<br>**(MIDDLE)** | **NOMBRE(S)**<br>**(FIRST)** |

| **FECHA DE NACIMIENTO**<br>**(DATE OF BIRTH)** | **LUGAR DE NACIMIENTO**<br>**(PLACE OF BIRTH)** |
|---|---|
| | St. Anns Bay, Jamaica |

**DOMICILIO ACTUAL (O ULTIMO QUE SE HAYA CONOCIDO)**
**(CURRENT OR LAST KNOWN ADDRESS)**

Clz. Club Atlas   Sur # 500A

EL SALTO, JALISCO  C.P. 45623

| **NACIONALIDAD**<br>**(NATIONALITY)** | **NUMERO DE PASAPORTE Y FECHA**<br>**DE EXPEDICION**<br>**(PASSPORT NUMBER AND DATE**<br>**OF EXPEDITION)** |
|---|---|
| Jamaican | |

| **TELEFONO**<br>**(TELEPHONE)** | **OCUPACION**<br>**(EMPLOYMENT)** | **PAIS DE RESIDENCIA**<br>**HABITUAL**<br>**(COUNTRY OF HABITUAL**<br>**RESIDENCE)** |
|---|---|---|
| 3689 14 15<br>(331) 439 8677<br>(954) 889 - 6049 | Student<br>Home maker | Mexico |

**LUGAR Y FECHA DEL MATRIMONIO Y DIVORCIO, EN SU CASO**
**(DATE AND PLACE OF MARRIAGE AND DIVORCE, IF APPLICABLE)**

02-02-02  -  Macon, GEORGIA

3

## II. FACTORES DE HECHO Y DERECHO QUE JUSTIFIQUEN
### LA SOLICITUD DE RESTITUCION
#### (FACTUAL AND LEGAL GROUNDS THAT JUSTIFY THE REQUEST)

- Right to exercise parental authority
- Right of custody
- Right of co-habitation.
- Having abducted the minors and illegally brought them to the U.S.A.

## III. FECHA, HORA, LUGAR Y CIRCUNSTANCIAS DEL SECUESTRO O
### RETENCION ILICITOS DEL MENOR
#### (DATE, TIME, PLACE AND CIRCUMSTANCES OF THE WRONGFUL
#### REMOVAL OR RETENTION)

At 8:45 AM, due to a mutual agreement between myself and John K. Peterson. Mr. Peterson took our four minor children for a day visit, to return them by 10.00 p.m the same day, which was the 2nd of October 2010. Around 9.00 pm. that day he called to tell me that he would not be returning the minors. We received a report on the 6th of October that a friend of his had seen him in Georgia, U.S.A.

4

### IV. INFORMACION RELATIVA A LA PERSONA O INSTITUCION QUE TENIA A SU CARGO LA CUSTODIA DEL MENOR, EN SU CASO (REQUESTING INDIVIDUAL OR INSTITUTION IN WHICH THE CUSTODY WAS PLACED, IF ANY)

**NOMBRE DE LA PERSONA O DE LA INSTITUCION**
**(NAME OF THE PERSON OR INSTITUCION)**

Pandita   Charm-Joy   Seaman

| NACIONALIDAD (NATIONALITY) | NUMERO DE PASAPORTE Y FECHA DE EXPEDICION (PASSPORT NUMBER AND DATE OF EXPEDITION) |
|---|---|
| Jamaican |  |

| TELEFONO (TELEPHONE) | OCUPACION (EMPLOYMENT) | PAIS DE RESIDENCIA HABITUAL (COUNTRY OF HABITUAL RESIDENCE) |
|---|---|---|
| 3689-1415 (33)4 398677 (954) 889-6049 | Student Home maker | Mexico |

**DOMICILIO (ADDRESS)**

Calz Club Atlas Sur # 800A
Col. Club Atlas de Golf. El Salto, Jalisco. c.p. 45623

**VINCULO CON EL MENOR**
**(RELATIONSHIP TO THE CHILD)**

Mother

**NOMBRE, DOMICILIO Y TELEFONO DEL ABOGADO QUE CONOZCA DEL ASUNTO, EN SU CASO**
**(NAME, ADDRESS AND TELEPHONE NUMBER OF THE ATTORNEY AT LAW, IF ANY)**

5

**V. INFORMACION RELATIVA A LA PERSONA QUE PRESUNTAMENTE RETUVO O SUSTRAJO AL MENOR. LOCALIZACION**
**(INFORMATION CONCERNING THE PERSON ALLEGED TO HAVE WRONGFULLY REMOVED OR RETAINED THE CHILD)**

NOMBRE (NAME)

PETERSON                    John   Kennedy

| APELLIDO PATERNO (LAST) | APELLIDO MATERNO (MIDDLE) | NOMBRE(S) (FIRST) |
|---|---|---|

| FECHA DE NACIMIENTO (DATE OF BIRTH) | LUGAR DE NACIMIENTO (PLACE OF BIRTH) |
|---|---|
| ~~————————~~ | Fitchburg, Mass. U.S.A |

| NACIONALIDAD (NATIONALITY) | NUMERO DE PASAPORTE Y FECHA DE EXPEDICION (PASSPORT NUMBER AND DATE OF EXPEDITION) |
|---|---|
| U.S.A. | unKnown |

OCUPACION (NOMBRE Y DOMICILIO DEL PATRON)
(PROFESSION, NAME AND ADDRESS OF THE OWNER)

Retired. Millitary (Disabled Veteran)

LOCALIZACION O ULTIMO DOMICILIO CONOCIDO
QUE HAYA TENIDO EN MEXICO
(LOCALIZATION OR LAST KNOWN ADDRESS IN MEXICO)

V. Carranza #42

Chapala, Jalisco. C.P. H5900

| ESTATURA (HEIGHT) | PESO (WEIGHT) | COLOR DE OJOS (EYES COLOR) | COLO DE CABELLO (HAIR COLOR) |
|---|---|---|---|
| 6' | 280 lbs | blue | black |

**VI. PROCEDIMIENTOS O INSTANCIAS EN TRAMITE**
**(CIVIL PROCEEDINGS IN PROGRESS)**

None

**VII. INFORMACION RELATIVA A LA PERSONA QUE SOLICITA**
**LA RESTITUCION O EL GOCE DE DERECHOS DE VISTA**
**(INFORMATION CONCERNING THE PERSON TO WHOM THE CHILD IS TO BE**
**RETURNED OR REQUESTS THE ENJOYMENT OF THE RIGHT OF ACCESS)**

**NOMBRE (NAME)**

Seaman                                              Pandita   Charm - Joy

| APELLIDO PATERNO (LAST) | APELLIDO MATERNO (MIDDLE) | NOMBRE(S) (FIRST) |
|---|---|---|

| **FECHA DE NACIMIENTO (DATE OF BIRTH)** | **LUGAR DE NACIMIENTO (PLACE OF BIRTH)** |
|---|---|
|  | St Anns Bay, JAMAICA |

| **DOMICILIO (ADDRESS)** | **TELEFONO (TELEPHONE)** |
|---|---|
| Calz Club Atlas Sur #500A Col. Club Atlas de Golf. El Salto, Jalisco C.P. 45623 | 3689-1415 (Home) (331)4 398677 (cel.) (954) 889-6049 (u.s. voip) |

7

### VIII. COMENTARIOS Y OBSERVACIONES
#### (OTHER REMARKS)

John Kennedy Peterson, retired combat veteran, 100% disabled due to PTSD and Explosive Disorder. He was also recently diagnosed as having Border-Line personality Disorder. He does not take his prescribed medication.

He owns at least one 45 handgun & several army issue combat knives. He has a long record of violence, spousal abuse charges, and was banned from the Dublin, G.A. V.A hospital for attacking and nearly blinding an orderly, when the orderly changed the T.V. channel against his wishes.

Social security #:
Military ID #:
- Bank of America acc. #:
  Bank, Perry, Georgia, 31069
- Washington Mutual Bank
  acc#

Vechicle & lisence plate: Pontiac Grand A.M. GT, Silver South Dakota,

Note: last time he was seen driving a red truck in Warner Robbins, Georgia.

Contact info of John peterson's family in Georgia.

Dollie Shankle: 2012 Lakeview Rd, Byron, G.A, 31008  Tel: (478) 9562169

Kelly Gustason: 944 Hwy 26, Cusseta, G.A, 31808  Tel: (706) 989-3772.

Family in Massachusetts: Leslie & Douglas AHO, 21 Cushing St, Ashburnham, MA. 01430.  Tel. (978) 265 3076

Mr. John Peterson's first marriage ended in divorce and loss of all parental rights including visitation, due to multiple allegations of spousal and child abuse in a court of law.

8

## IX. DOCUMENTOS QUE SE ANEXAN
### (DOCUMENTS ATTACHED)

☒ FOTOGRAFIA DE MENOR
   (PHOTOGRAPH OF THE CHILD)

☒ FOTOGRAFIA DE LA PERSONA QUE PRESUNTAMENTE SUSTRAJO AL MENOR
   (PHOTOGRAPH OF THE PERSON ALLEGED TO HAVE WRONGFULLY REMOVED THE CHILD)

☐ SENTENCIA QUE DECRETA EL DIVORCIO
   (DIVORCE DECREE)

☐ ACUERDO O CONVENIO JUDICIAL RELATIVO A LA CUSTODIA Y/O AL EJERCICIO DEL
   DERECHO DE VISTA
   (JUDICIAL AGREEMENT CONCERNING CUSTODY OR RIGHT OF ACCESS)

☒ OTROS  (OTHER):

* Conciliatory Audience

* Copy of Formal Charges.

* Constancia de Estudios (School Enrollment Certification

| FIRMA DEL SOLICITANTE Y/O SELLO DE LA AUTORIDAD CENTRAL (SIGNATURE OF APPLICANT AND/OR STAMP OF CENTRAL AUTHORITY) | LUGAR Y FECHA (DATE AND PLACE) |
|---|---|
| | Jalisco 19th October 2010 |



# SECRETARIA DE RELACIONES EXTERIORES

### SOLICITUD DE ASISTENCIA CON BASE EN LA
### CONVENCION DE LA HAYA SOBRE LOS
### ASPECTOS CIVILES DE LA SUSTRACCION
### INTERNACIONAL DE MENORES

**I. IDENTIDAD DEL MENOR Y DE SUS PADRES**
  (IDENTITY OF CHILD AND PARENTS)

**NOMBRE DEL MENOR  (NAME OF CHILD)**

P.                                                                    C _ _ F D

| APELLIDO PATERNO (LAST) | APELLIDO MATERNO (MIDDLE) | NOMBRE(S) (FIRST) |
|---|---|---|

| FECHA DE NACIMIENTO (DATE OF BIRTH) | LUGAR DE NACIMIENTO (PLACE OF BIRTH) |
|---|---|
| 1_____5 | Macon, Georgia , U.S.A |

**DOMICILIO EN QUE RESIDIA ANTES DE LA SUSTRACCION**
(ADDRESS OF HABITUAL RESIDENCE)

Calzada Club ATlAS sur # 500A , Col. Club ATlas de Golf. El Salto, Jalisco . CP. 45623

| NACIONALIDAD (NATIONALITY) | NUMERO DE PASAPORTE Y FECHA DE EXPEDICION (PASSPORT NUMBER AND DATE OF EXPEDITION) |
|---|---|
| U.S.A | No: c _____ 5 |
| | Date of Expedition . (Issue) |

| ESTATURA (HEIGHT) | PESO (WEIGHT) | COLOR DE OJOS (EYES COLOR) | COLOR DE CABELLO (HAIR COLOR) |
|---|---|---|---|
| 1.14 meter | 20 Kilos | Brown | Brown |

1

SEÑAS PARTICULARES
(DISTINCTIVE MARKS)

NONE

NOMBRE DEL PADRE  (FATHER'S NAME)

Peterson                                    John  Kennedy

| APELLIDO PATERNO | APELLIDO MATERNO | NOMBRE(S) |
| (LAST) | (MIDDLE) | (FIRST) |

| FECHA DE NACIMIENTO (DATE OF BIRTH) | LUGAR DE NACIMIENTO (PLACE OF BIRTH) |
| --- | --- |
|  | Fitchburg . Mass. U.S.A |

DOMICILIO ACTUAL (O ULTIMO QUE SE HAYA CONOCIDO)
(CURRENT OR LAST KNOWN ADDRESS)

9HH  GA  Hwy  # 2b
CussEtA . Georgia     31805

| NACIONALIDAD (NATIONALITY) | NUMERO DE PASAPORTE Y FECHA DE EXPEDICION (PASSPORT NUMBER AND DATE OF EXPEDITION) |
| --- | --- |
| U.S.A | unknown |

| TELEFONO (TELEPHONE) | OCUPACION (EMPLOYMENT) | PAIS DE RESIDENCIA HABITUAL (COUNTRY OF HABITUAL RESIDENCE) |
| --- | --- | --- |
| Mex. (333)4H92H8H Cel. USA . (706)989-3772 | Retired Military | Mexico . |

2

NOMBRE DE LA MADRE (MOTHER'S NAME)

Seaman

Pandita Charm-Joy

| APELLIDO PATERNO (LAST) | APELLIDO MATERNO (MIDDLE) | NOMBRE(S) (FIRST) |
|---|---|---|

FECHA DE NACIMIENTO (DATE OF BIRTH)

LUGAR DE NACIMIENTO (PLACE OF BIRTH)

St. Ann's Bay , JAMAICA

DOMICILIO ACTUAL (O ULTIMO QUE SE HAYA CONOCIDO)
(CURRENT OR LAST KNOWN ADDRESS)

Calzada Club ATlas Sur #500A, Col. Club ATlas de Golf,
EL Salto, Jalisco  C.P. 45623

NACIONALIDAD (NATIONALITY)

JAMAICAN

NUMERO DE PASAPORTE Y FECHA DE EXPEDICION
(PASSPORT NUMBER AND DATE OF EXPEDITION)

#de pasaporte : ___
Date of Expedition : :

| TELEFONO (TELEPHONE) | OCUPACION (EMPLOYMENT) | PAIS DE RESIDENCIA HABITUAL (COUNTRY OF HABITUAL RESIDENCE) |
|---|---|---|
| Home: 36891418 cel :(331)439 8677 (us voip) (954) 889-60 -49 | Student Home Maker | Mexico |

LUGAR Y FECHA DEL MATRIMONIO Y DIVORCIO, EN SU CASO
(DATE AND PLACE OF MARRIAGE AND DIVORCE, IF APPLICABLE)

02-02-02  - Macon , Georgia (U.S) .

3

## II. FACTORES DE HECHO Y DERECHO QUE JUSTIFIQUEN
## LA SOLICITUD DE RESTITUCION
### (FACTUAL AND LEGAL GROUNDS THAT JUSTIFY THE REQUEST)

- Right to exercise parental authority
- Right to custody
- Right of co-habitation
- Having abducted the minors and illegally brought them to the U.S.A.

## III. FECHA, HORA, LUGAR Y CIRCUNSTANCIAS DEL SECUESTRO O
## RETENCION ILICITOS DEL MENOR
### (DATE, TIME, PLACE AND CIRCUMSTANCES OF THE WRONGFUL
### REMOVAL OR RETENTION)

AT. 8.45 A.M due to a mutual agreement between myself and John K. Peterson. Mr. Peterson took our four minor children for a day visit, having promised to return them by 10.00pm the same day, which was Saturday, the 2nd of October 2010. Around 9.00pm that day he called to tell me that he would not be returning the children. We received a report on October 6, 2010, that a friend of his had seen him in Georgia, U.S.A.

4

**IV. INFORMACION RELATIVA A LA PERSONA O INSTITUCION
QUE TENIA A SU CARGO LA CUSTODIA DEL MENOR, EN SU CASO
(REQUESTING INDIVIDUAL OR INSTITUTION IN WHICH
THE CUSTODY WAS PLACED, IF ANY)**

**NOMBRE DE LA PERSONA O DE LA INSTITUCION
(NAME OF THE PERSON OR INSTITUCION)**

Pandita charm - Joy Seaman

| **NACIONALIDAD (NATIONALITY)** | **NUMERO DE PASAPORTE Y FECHA DE EXPEDICION (PASSPORT NUMBER AND DATE OF EXPEDITION)** |
|---|---|
| Jamaican | Passport # : <br> Date of Issue : |

| **TELEFONO (TELEPHONE)** | **OCUPACION (EMPLOYMENT)** | **PAIS DE RESIDENCIA HABITUAL (COUNTRY OF HABITUAL RESIDENCE)** |
|---|---|---|
| Home : 3689-1415 <br> Cel : (331-4398677 <br> (us voip)(954-889-60 49 | Student <br><br> Home maker | Mexico |

**DOMICILIO (ADDRESS)**

Calz. Club Atlas Sur # 500A
Col. Club Atlas de Golf, El Salto, Jalisco, cp. 45623

**VINCULO CON EL MENOR
(RELATIONSHIP TO THE CHILD)**

Mother

**NOMBRE, DOMICILIO Y TELEFONO DEL ABOGADO QUE CONOZCA DEL ASUNTO, EN SU CASO
(NAME, ADDRESS AND TELEPHONE NUMBER OF THE ATTORNEY AT LAW, IF ANY)**

5

**V. INFORMACION RELATIVA A LA PERSONA QUE PRESUNTAMENTE RETUVO O SUSTRAJO AL MENOR. LOCALIZACION**
**(INFORMATION CONCERNING THE PERSON ALLEGED TO HAVE WRONGFULLY REMOVED OR RETAINED THE CHILD)**

NOMBRE (NAME)

| APELLIDO PATERNO (LAST) | APELLIDO MATERNO (MIDDLE) | NOMBRE(S) (FIRST) |
|---|---|---|
| Peterson | | John Kennedy |

| FECHA DE NACIMIENTO (DATE OF BIRTH) | LUGAR DE NACIMIENTO (PLACE OF BIRTH) |
|---|---|
| | Fitchburg . Mass . U.S.A. |

| NACIONALIDAD (NATIONALITY) | NUMERO DE PASAPORTE Y FECHA DE EXPEDICION (PASSPORT NUMBER AND DATE OF EXPEDITION) |
|---|---|
| U.S.A. | unknown |

OCUPACION (NOMBRE Y DOMICILIO DEL PATRON)
(PROFESSION, NAME AND ADDRESS OF THE OWNER)

Retired Military ( Disabled Veteran)

LOCALIZACION O ULTIMO DOMICILIO CONOCIDO
QUE HAYA TENIDO EN MEXICO
(LOCALIZATION OR LAST KNOWN ADDRESS IN MEXICO)

V. Carranza # 42
Chapala , Jalisco , C.P. 45900

| ESTATURA (HEIGHT) | PESO (WEIGHT) | COLOR DE OJOS (EYES COLOR) | COLO DE CABELLO (HAIR COLOR) |
|---|---|---|---|
| 6' | 280 lbs. | blue | black . |

6

**VI. PROCEDIMIENTOS O INSTANCIAS EN TRAMITE**
**(CIVIL PROCEEDINGS IN PROGRESS)**

None

**VII. INFORMACION RELATIVA A LA PERSONA QUE SOLICITA**
**LA RESTITUCION O EL GOCE DE DERECHOS DE VISTA**
**(INFORMATION CONCERNING THE PERSON TO WHOM THE CHILD IS TO BE**
**RETURNED OR REQUESTS THE ENJOYMENT OF THE RIGHT OF ACCESS)**

NOMBRE (NAME)

Seaman      Pandita    Charm - Joy

APELLIDO PATERNO      APELLIDO MATERNO      NOMBRE(S)
(LAST)      (MIDDLE)      (FIRST)

| FECHA DE NACIMIENTO (DATE OF BIRTH) | LUGAR DE NACIMIENTO (PLACE OF BIRTH) |
|---|---|
| | St. Ann's Bay , Jamaica. |

| DOMICILIO (ADDRESS) | TELEFONO (TELEPHONE) |
|---|---|
| Cal₂ . Club ATlas Sur #500A Col. Club ATlas de Golf. El Salto , Jalisco c.p. 45623 | Home : 36891415 Cel : (331) 4398677 (us voip) (954) 889-6049 |

7

## VIII. COMENTARIOS Y OBSERVACIONES
### (OTHER REMARKS)

John Kennedy Peterson, retired combat veteran, 100%
disabled due to PTSD and Explosive Disorder. He
was also recently diagnosed as having Border-
line Personality Disorder. He does not take his
prescribed medication.
    He owns at least one H.S handgun and several army
issue combat knives. He has a long record of violence,
spousal abuse charges, and was banned from the
Dublin, G.A, V.A. hospital for attacking and nearly
blinding an orderly, when the orderly changed the T.V
channel against his wishes
    Social Security # _____
    Military ID # _____
- Bank of America acc. # _____
    Bank, perry, Georgia, 31069
- Washington Mutual Bank.
    acc. # _____
Vechicle & Hisence plate: Pontiac Grand A.M GT, Silver,
South Dakota,
Note: Last time he was seen he was driving a red
truck in Warner Robbins, Georgia
Contact info. of John Peterson's family in Georgia.
Dollie Shankle : 2012 Lakeview Rd, Byron, G.A,
31008. Tel: 1 (478) 9562169.
    Kelly Gustason : 944 Hwy 26, Cusseta, G.A, 31805
, Tel : (706) 989-3772
family in Massachusetts: Leslie & Douglas AHO
    21 Cushing St, Ashburnham, Ma. 01430.
    Tel: (978) 265 3076
Mr. John Peterson's first marriage ended in
divorce and loss of all parental rights including
visitation, due to multiple allegations of spousal
and child abuse in a court of law.

8

## IX. DOCUMENTOS QUE SE ANEXAN
### (DOCUMENTS ATTACHED)

☒ **FOTOGRAFIA DE MENOR**
  **(PHOTOGRAPH OF THE CHILD)**

☒ **FOTOGRAFIA DE LA PERSONA QUE PRESUNTAMENTE SUSTRAJO AL MENOR**
  **(PHOTOGRAPH OF THE PERSON ALLEGED TO HAVE WRONGFULLY REMOVED THE CHILD)**

☐ **SENTENCIA QUE DECRETA EL DIVORCIO**
  **(DIVORCE DECREE)**

☒ **ACUERDO O CONVENIO JUDICIAL RELATIVO A LA CUSTODIA Y/O AL EJERCICIO DEL**
  **DERECHO DE VISTA**
  **(JUDICIAL AGREEMENT CONCERNING CUSTODY OR RIGHT OF ACCESS)**

☒ **OTROS (OTHER):**

  \*  Concilatory Audience

  \*  Copy of formal Charges.

  \*  Certificate of School Atendance

| FIRMA DEL SOLICITANTE Y/O SELLO DE LA AUTORIDAD CENTRAL (SIGNATURE OF APPLICANT AND/OR STAMP OF CENTRAL AUTHORITY) | LUGAR Y FECHA (DATE AND PLACE) |
|---|---|
|  | 19th October 2010 |
|  | Jalisco |

9



# SECRETARIA DE RELACIONES EXTERIORES

## SOLICITUD DE ASISTENCIA CON BASE EN LA CONVENCION DE LA HAYA SOBRE LOS ASPECTOS CIVILES DE LA SUSTRACCION

INTERNACIONAL DE MENORES

**SRE**

---

### I. IDENTIDAD DEL MENOR Y DE SUS PADRES
(IDENTITY OF CHILD AND PARENTS)

**NOMBRE DEL MENOR** (NAME OF CHILD)

*Peterson*                                    *Richard    Talon*

| APELLIDO PATERNO (LAST) | APELLIDO MATERNO (MIDDLE) | NOMBRE(S) (FIRST) |
|---|---|---|

| FECHA DE NACIMIENTO (DATE OF BIRTH) | LUGAR DE NACIMIENTO (PLACE OF BIRTH) |
|---|---|
| | Warner Robins, Georgia, U.S.A. |

**DOMICILIO EN QUE RESIDIA ANTES DE LA SUSTRACCION**
(ADDRESS OF HABITUAL RESIDENCE)

Calzada Club Atlas Sur 500A., Col. Club Atlas de Golf.
El Salto, Jalisco. MX. cp. 45623

| NACIONALIDAD (NATIONALITY) | NUMERO DE PASAPORTE Y FECHA DE EXPEDICION (PASSPORT NUMBER AND DATE OF EXPEDITION) |
|---|---|
| U.S.A. | # de passport: __<br>Date of Issue: __ |

| ESTATURA (HEIGHT) | PESO (WEIGHT) | COLOR DE OJOS (EYES COLOR) | COLOR DE CABELLO (HAIR COLOR) |
|---|---|---|---|
| 1.00 meter | 20 kilos | green | Brown - light |

1



# SECRETARIA DE RELACIONES EXTERIORES

## *SOLICITUD DE ASISTENCIA CON BASE EN LA CONVENCION DE LA HAYA SOBRE LOS ASPECTOS CIVILES DE LA SUSTRACCION INTERNACIONAL DE MENORES*

**SRE**

---

**I. IDENTIDAD DEL MENOR Y DE SUS PADRES**
**(IDENTITY OF CHILD AND PARENTS)**

---

**NOMBRE DEL MENOR  (NAME OF CHILD)**

| R _____ | S _____ | c _____ 'A | g _____ |
|---|---|---|---|
| APELLIDO PATERNO (LAST) | APELLIDO MATERNO (MIDDLE) | | NOMBRE(S) (FIRST) |

---

| FECHA DE NACIMIENTO (DATE OF BIRTH) | LUGAR DE NACIMIENTO (PLACE OF BIRTH) |
|---|---|
| | Guadalajara, Jalisco Mexico. |

---

**DOMICILIO EN QUE RESIDIA ANTES DE LA SUSTRACCION**
**(ADDRESS OF HABITUAL RESIDENCE)**

Calz Club Atlas Sur # 500A
Col Club de Golf Atlas
El. SALTO, JALISCO. Z.C. 45623

---

| NACIONALIDAD (NATIONALITY) | NUMERO DE PASAPORTE Y FECHA DE EXPEDICION (PASSPORT NUMBER AND DATE OF EXPEDITION) |
|---|---|
| Mexican American | US Passport Cord: |

---

| ESTATURA (HEIGHT) | PESO (WEIGHT) | COLOR DE OJOS (EYES COLOR) | COLOR DE CABELLO (HAIR COLOR) |
|---|---|---|---|
| 84cm | Aprox. 13 K. | Brown | Brown |

1

## Detailed Information Regarding Circumstances Surrounding Abduction

After a nine-year marriage to Mr. John Kennedy Peterson, during which the children and I were repeatedly subjected to severe psychological, physical and emotional abuse, I, Pandita C. J. Seaman decided to end the relationship. In the beginning of February 2010, Mr. Peterson moved out of our rented house. I continued living in that house with our four children, ages 8, 6,5 and 3, as their primary caregiver. Sometime around the beginning of July Mr. Peterson moved out of his apartment in Chapala, Jalisco, Mexico, and returned to the United States, where he remained until the end of September 2010. During the time he was away he refused to pay the children's school tuition or help purchase the school supplies for the beginning of the school year as we had agreed upon, and other than one phone call in which he demanded money, did not call the children or show any interest in the their wellbeing the entire time.

At 6 p.m. on the 24th of September 2010, I returned to my house in Priv. Lopez Cotilla #10, Chapala, Jalisco, with my children, from a child's birthday party and find Mr. Peterson standing outside my front door. He informed me that he had broken into my house to search for anything of interest, as he had been threatening to "destroy me". When I opened the front door he forced his way in behind me, went upstairs and said hello to the children for a few minutes, then came downstairs and started verbally abusing and threatening me, and leveling accusations against me. I asked him to leave my house, which he refused to do and continued screaming in my face. He slapped me several times, threw me on the couch, and choked me while saying he was going to kill me. He eventually left the house. I was extremely frightened for my life and afraid he would abduct the children, so I called my parents and after making a formal report at the local police station, my parents took the children and I to their house, where we lived until the abduction took place.

On Monday the 27th of September 2010, at 8:00 p.m., because of the events afore mentioned, John Kennedy Peterson and I appeared before a local judge of the police station in Chapala, Jalisco, Mexico, Lic. Sergio Gutierrez Tejeda. Although I expressed my strong fear that he would fail to return the children due to his history of threatening to do so, and his recent behavior, the judge still insisted that Mr. Peterson be allowed to take the children on Saturday the 2nd of October, 2010, with the condition that he return the children THE SAME DAY by 10:00 p.m. The judge told us that if either of us failed to comply with the arrangement we would face jail time.

As agreed, I gave him the children at 8:45 on the morning of the 2nd of October 2010. At 9:00 p.m. the night of the same day, I received a phone call in which he informed me that he was not returning the children. That was the last

time I heard from .im, and I have not seen or heard .Jm my children since the morning of the 2nd of October 2010.

Since the abduction, (kidnapping) of my children, I have received a report from a friend of his, Mr. David Osteen, of Warner Robins, Georgia, who was concerned for the children due to Mr. Peterson's mental instability.  This friend said that Mr. Peterson had called him and reported being in Texas.  On the 6th of October we received visual confirmation from the same source that Mr. Peterson is indeed in Georgia, USA and was seen driving a red truck when he arrived at Mr. Osteen's home at 122 Sinton Place, Huntington Park, Warner Robins Georgia (Tel. 1-478-973 3050) on the 6th of October 2010 to pick up some items he had left there over the summer. We have also heard through another friend of his, Mr. Gilbert Silverman his psychiatrist, and warden for the US consulate in Guadalajara, that Mr. Peterson claims to have enrolled the children in school. Mr. Peterson also claims to be attempting to gain full legal custody of the children.

As a final note, my eldest son, Conner Drake Peterson age 6, was recently diagnosed with absent seizures as well as hyperactivity, his father, Mr. Peterson, has no knowledge of his prescription and as such is most likely not administering the medication.

I sincerely believe that the Children are in danger simply because John K. Peterson is not in his right mind, smokes marijuana, drinks, is quite volatile and unpredictable, aggressive and violent. He owns at least one firearm that I know of. For the duration of our marriage I have been unable to leave the children with him at home alone, as I would return to the children with bruises and crying.  Till now, I've never been away from them for more than a night at a time, and that only a handful of times when a family member would babysit.

**ADDITIONAL INFORMATION:** By Pandita Charm-Joy Seaman

On **MONDAY THE 11TH OF OCTOBER** I received a call from a man who identified himself only as the **SHERIFF OF WARNER ROBINS, Georgia, USA.** After around 15 minutes of questioning about the children, he hung up only to call back in a few minutes notifying me of a temporary custody hearing the following day at the Houston County Courthouse.  This was despite the fact that I had informed him that I was in Mexico at the time. I have no further knowledge of the affair, but do know that the Judge who was to preside was **JUDGE EDWARDS** at the Houston County Courthouse.

**Sheriff's Number:**(478) 542-2092

John Peterson was also ARRESTED IN GEORGIA for driving with a **Mexican driver's license** sometime during the **summer of 2010**. His defense was that he was living in Mexico, which he was. Tourists cannot get a Mexican driver's license. Only Residents can.

It baffles me that JOHN PETERSON could **cross the border** with four small children, seeing that I have the CHILDREN'S PASSPORTS and all other legal documents in my possession in MEXICO. Did he **smuggle them across**? Or did he **lie to the authorities** to get them new passports?

The children are all **bilingual**, the oldest two Tara Leone and Conner Drake are fluent in both English and Spanish due to their time living in Mexico. The two younger ones also have a strong command of the language.

John Peterson's **motive to abduct** the children, by his own words, is to **"destroy"** me, **Pandita Charm-Joy Seaman,** the children's mother and **full time care giver,**  as he has said several times; he seldom spent time with the children even when we lived together. John Peterson gets pleasure from making others suffer.