COAT OF ARMS OF THE MUNICIPAL GOVERNMENT OF CHAPALA          LOGO: IS YOUR GOVERNMENT

## CONCILIATORY HEARING

At 19:00 (nineteen) hours on September 27, 2010 (two thousand ten), in the facilities of the municipal court located at number 65 (sixty-five) Niños Héroes Street in the municipality of Chapala, Jalisco, organized legally to execute a conciliatory hearing, on the one hand, attended by Mr. JOHN KENNEDY PETERSON, married, 41 years old, North-American, domiciled at number 41 Venustiano Carranza in this city, who identifies himself by means of his Social Security Identification Card, number and on the other hand, attended by Mrs. PANDITA CHARM JOY SEAMAN, Jamaican, 30 (thirty) years old, domiciled at number 10 Privada López Cotilla in this city.

Therefore, both parties were entitled to speak. The hearing went on without any problems with the exception that Mr. JOHN KENNEDY PETERSON was altered and irritated. At the end of the hearing, both parties agreed verbally in the way and times Mr. John Kennedy Peterson could see his children since Mrs. Pandita Charm Joy Seaman has the custody of the their children and that for no reason whatsoever could Mr. John Kennedy Peterson take his children out of the municipality of Chapala, Jalisco, the State and even less out of the country.

The present document is spread upon the records for the corresponding legal effects. The hearing has ended and I certify in the terms developed.

Sincerely,

Chapala, Jalisco, September 27, 2010

**LIC. SERGIO GUTIERREZ TEJADA**
Deputy of the Municipal Judge

SEAL:  **MUNICIPAL COURT OF LAW**
**MUNICIPAL GOVERNMENT OF CHAPALA**
**THE UNITED MEXICAN STATES**

Madero N° 202, C.P. 45900, CHAPALA, JALISCO, TEL: (01 376) 76-556-00 to 09

---

I, LINDA GRIMARD DI VENERE, Certified Translator authorized by the of the Council of the Judicature of the State of Jalisco, as stated in Law Journal No. 93 dated May 24, 2010, DECLARE: that the preceding document is a true translation of its text originally written in Spanish which single copy is annexed to this document and which I have translated into English to the best of my knowledge and belief.

The translation consists of four (4) single pages

Guadalajara, Jalisco, October 21, 2010

Linda Grimard Di Venere


PLAINTIFF'S EXHIBIT 10

**Chapala**
**Municipal Government**                                                                It's Your Government

### RECONCILIATORY AUDIENCE

Being 19:00 nineteen hundred hours on the 27th day of September of the year 2010 two-thousand-ten, in the installations occupied by the municipal judge on the street Niños Heroes number 65 sixty-five in the municipality of Chapala, Jalisco we have met formally for a reconciliatory audience; the parties present are JOHN KENNEDY PETERSON, 41 forty-one years of age, married and a Citizen of the United States of America residing at V. Carranza number 41 forty-one , who identifies himself with   ID number                . Pandita Charm-Joy Seaman, Jamaican Citizen, married, 30 thirty years old, home address Priv. Lopez Cotilla number 10 ten in this city.

Consequently both parties gave testimony. The audience passed without incidence with the exception that Mr. John Kennedy Peterson was agitated and upset, at the close of the session both parties came to a verbal agreement as to the date and time that Mr. John Kennedy Peterson could see his children, seeing that Mrs. Pandita Charm-Joy Seaman had the children in her care and residing with her, and under no circumstance was Mr. John Kennedy Peterson to remove the children from the city of Chapala, the State of Jalisco or the Country.

The following written declaration is given for legal purposes that correspond to the conclusion of the present audience and as such bear witness to the terms of the afore-mentioned agreement.

Chapala, Jalisco on the 27th of September of the year 2010

Lic. SERGIO GUTIERREZ TEJEDA

ACTING HEAD OF FUNCIONS OF THE MUNICIPAL COURT

Av. Madero No. 202, Z.C. 45900, Chapala, Jalisco. Tel: (01 376) 76-556-00 at 09