FILED IN THE
HOUSTON CO. JUVENILE CO...

2010 OCT 13 PM 2:26

[signature]
CLERK

IN THE JUVENILE COURT OF HOUSTON COUNTY

STATE OF GEORGIA

In the Interest of:                              Case No. 100

T    L       & P            / dob /

C        / D    / P         / dob

R        / T    / PJ        / dob

S        / A    / S    PJ   / dob

Minor Children subject to the Jurisdiction of this Court

### PETITION IN DEPRIVATION

This petition is brought before the Court to assert that the above children are deprived in their mother's care.

1.

The Petitioner, **JOHN K. PETERSON**, is the biological and legal father to the children. He lives at ~~754~~ 715 Randolph Street, Warner Robins, Georgia 31088 with the four children.

2.

The mother of these children **PANDITA CHARM JOY PETERSON** advised Sgt. Harper of the Houston County Sheriff's Office that she resides at 3573 Valley Drive, Perry, Georgia. This is the address listed with Social Security and the Veteran's Administration for benefits for the children. The mother is a citizen of Jamaica with a green card to live in the United States. She is currently in Guadalahara, Mexico. The mother has been notified by the Department of Family and Children's Services of this Petition and the shelter care Order.

3.

The father and the mother were married during the births of each of these children and are currently married.

4.

While the family was visiting Mexico, the mother's parents confiscated and hid the passports for the children. The mother and her parents are members of The Family International. By withholding the children's passports from their father, the children were abducted in Mexico. The father returned the children to their place of residence, Perry, Georgia without passports under the Hague Conventions.



5.

The child is deprived and in need of the protection of the Court because the mother is under the influence of The Family International. This organization abducted her children by confiscating their passports. The children were inappropriately fed and schooled in Mexico under the direction of this organization. The father is in fear that the teachings of this organization will lead to sexual abuse as well as physical abuse of his children.

6.

The mother remains in Mexico despite the fact that the children have been returned to their place of residence, Houston County, Georgia.

7.

The best interests of the children would be served with an Order finding deprivation against the mother and granting Temporary Custody to the Petitioner.

Respectfully submitted this 13th day of October, 2010.

_____
Susan E. McNally
Georgia Bar No. 498294

P.O. Box 35
Bonaire, GA  31005
(478)213-0496

### CERTIFICATE OF SERVICE

A true copy of the foregoing will be served on the Guardian ad litem upon assignment.

_____
Susan E. McNally

## VERIFICATION

Personally appeared, **JOHN K. PATTERSON** who after being duly sworn, states that the facts alleged in the foregoing Petition are true and correct to his best knowledge and belief.

_____
JOHN K. PATTERSON

Sworn to and subscribed
before me this 13TH day of
September, 2010

_____
NOTARY PUBLIC
My Commission Expires:



SUSAN E MCNALLY
Notary Public
Houston County, Georgia
My Commission Expires 1-29-2011