# Thomas H. Williamson, M.D.

310 Margie Drive
Warner Robins, Georgia 31088
Phone: 478-333-3278
Fax: 478-333-3894

11/15/2010

To whom it may concern:

I am writing this letter on behalf of the children of John Peterson: ~~                         ~~ I first met and examined these children on 10-5-10, immediately after their arrival from Mexico. Mr. Peterson was concerned with their overall health, but was especially worried about his 6 year old son, Connor. All of the children were active and played well with each other. Generally, they seemed appropriate psychologically for their age. On individual exam, they all answered questions about their health in an age specific manner appropriately. Outward signs of neglect were present. All of the children were below average in height and weight for their respective age and sex. Their body mass index was low in each case. These measures would be consistent with malnutrition. Of course, other causes could include malabsorption or disease. Fortunately, the latter two seem to have been ruled out overtime.

I again had the chance to observe and examine all four children on 11-12-2010. They had each gained in height and weight. They all said they were happy and enjoying their new school and teachers.

My major concern is ~~        ~~. He was diagnosed in Mexico as having seizure disorder. He was given Dilantin for treatment. I was initially concerned about this particular medication being used for the type of seizure C~~     ~~ was diagnosed with-Petit-Mal. I have become more concerned since I have found him to markedly elevated liver enzymes and, from what I understand, he never had an EEG to document and confirm seizure activity. The medication has been discontinued and he has had no reported seizure activity. He has been referred to a specialist to address his alleged seizures and elevated liver enzymes.

My other concern about G~~     ~~ is his abnormal gait. It would appear that he may have clubfoot. He has never been evaluated or treated for this problem. It should have been addressed long before now and it is quite possible that nothing can be done at his age to correct it. We are referring him to a local orthopedist for evaluation.

I am certain that these children have benefitted from their relocation to the United States. From a general health standpoint, their nutrition has improved. In the case of C~~     ~~, his specific issues can finally be correctly treated.

Sincerely,

*Thomas H. Williamson*

Thomas H. Williamson MD



PLAINTIFF'S EXHIBIT 13