Case 5:10-cv-00462-MTT   Document 1-15   Filed 11/30/10   Page 1 of 12

# CLÍNICA DE ESPECIALIDADES IBARRA

**Dr. Oscar Leonel Ibarra S.**

D.G.P. 1491663 CED. ESPECIALIDAD 3246576
PEDIATRA
UNIVERSIDAD DE GUADALAJARA

NOMBRE: _____  EDAD: _____
FECHA: 21-06-10   TALLA: _____  PESO: 18 kg
TEMP: _____

1) Azitrocin (susp) 600mg o macrist
Dar a tomar 5ml cada 24 hrs. = 5 min= termina
2) Celestamine N/ gol
Dar a tomar 4ml cada 12 hrs = 5 días
3) Tesalof inf. 1 pim (tos)
Dar a tomar 4ml 1 pim (tos)

_____
Dr. Oscar Leonel Ibarra Soltero

SURTA ESTA RECETA EN:
FARMACIA "RI-OS"
LAS 24 HRS. (ABIERTO)
10% DE DESCUENTO

MIGUEL MARTÍNEZ No. 530  CHAPALA, JAL. C.P. 45900  E-Mail: droleonel@hotmail.com
TEL. (376) 765-4001  URGENCIAS 24 HRS. PARTOS Y CESAREAS
HORARIO DE 10 A 14 Y DE 16 A 20 Hrs. LUNES A VIERNES SÁBADO DE 11:00 A 14:00 Hrs.

**PLAINTIFF'S EXHIBIT 14**



**EV0000201**

*Resultados*

Paciente: **PF    C**
Edad: **6 Años**       Sexo: **Masculino**       Hoja: 2 de 4
Fecha: **04-May-2010  8:40 am**

Dirigido a: **QUIEN CORRESPONDA**

| Prueba | Bajo (LR) | Dentro (LR) | Sobre (LR) | Límites de referencia | |
|---|---|---|---|---|---|

Método: Fotometría automatizada

## BIOMETRÍA HEMÁTICA

| Prueba | Bajo (LR) | Dentro (LR) | Sobre (LR) | Límites de referencia | |
|---|---|---|---|---|---|
| Leucocitos | | 8.40 | | 5.00-14.00 | miles cél/μL |
| Eritrocitos | 4.27 | | | 4.30-5.40 | millones cél/μL |
| Hemoglobina | 12.0 | | | 12.6-15.5 | g/dL |
| Hematócrito | 35.5 | | | 36.0-46.0 | % |
| Volumen Corp. Medio | | 83.1 | | 70.0-99.0 | fL |
| Hemoglobina Corp. Media | | 28.2 | | 27.0-31.0 | pg |
| Conc. Media de Hemoglobina Corp. | | 33.9 | | 32.0-36.0 | g/dL (%) |
| Ancho de Distrib. de Eritrocitos | | | 15.1 | 11.5-14.5 | % |
| Plaquetas | | 184 | | 150-500 | miles cél/μL |
| Neutrófilos | | 35.2 | | 25.0-58.0 | % |
| Linfocitos | | | 52.6 | 21.0-45.0 | % |
| Monocitos | | 8.0 | | 2.0-9.0 | % |
| Eosinófilos | | 3.0 | | 1.0-4.0 | % |
| Basófilos | | | 1.1 | 0.0-1.0 | % |
| Neutrófilos | | 1.90 | | 1.25-8.12 | miles cél/μL |
| Linfocitos | | 2.84 | | 1.05-6.30 | miles cél/μL |
| Monocitos | | 0.43 | | 0.10-1.26 | miles cél/μL |
| Eosinófilos | | 0.16 | | 0.05-0.56 | miles cél/μL |
| Basófilos | | 0.06 | | 0.00-0.10 | miles cél/μL |

Método: Citometría de flujo con citoquímica



N°: MX03/014

www.chopo.com.mx

**UNIDAD AJIJIC**
Carretera Oriente No. 57-3 Col. Floresta   Col. FLORESTA C.P.64010
AJIJIC, JALISCO

**EV0000201**

*Resultados*

Paciente: **P** **C**
Edad: **6 años**  Sexo: **Masculino**  Hoja: 4 de 4
Fecha: **04-May-2010  8:40 am**

Dirigido a: **QUIEN CORRESPONDA**

| Prueba | Bajo (LR) | Dentro (LR) | Sobre (LR) | Límites de referencia |
|---|---|---|---|---|

**Gracias por permitirnos servirle**
**Responsable del Laboratorio de Análisis Clínicos**
QFB Florencia Gallardo Díaz  Cédula Profesional: 1313273 (Universidad Autónoma de Sinaloa)
Aviso de funcionamiento 2806



N°: MX03/014

www.chopo.com.mx

UNIDAD AJIJIC
Carretera Oriente No. 57-3 Col. Floresta  Col. FLORESTA C.P.64010
AJIJIC, JALISCO



**EV0000201**

*Resultados*

Paciente:     P!        ▮ C__      ▸
Edad:         **6 Años**       Sexo: **Masculino**          Hoja: 1 de 4
Fecha:        **04-May-2010   8:40 am**

Dirigido a:   **QUIEN CORRESPONDA**

| Prueba | Bajo (LR) | Dentro (LR) | Sobre (LR) | Límites de referencia |
|---|---|---|---|---|

### QUÍMICA DE 8 ELEMENTOS

| Prueba | Bajo (LR) | Dentro (LR) | Sobre (LR) | Límites de referencia |
|---|---|---|---|---|
| Glucosa |  | 72 |  | 55 - 99   mg/dL |
| Urea |  | 26 |  | 10 - 50   mg/dL |
| Creatinina | 0.5 |  |  | 0.7 - 1.2  mg/dL |
| Ácido úrico | 3.1 |  |  | 3.4 - 7.0  mg/dL |
| Colesterol |  | 120 |  | .  mg/dL |

Límites de Referencia (mg/dL)
===========================
< 200       Deseable
200 - 239 Limítrofe
> o = 240 Alto

| Colesterol HDL |  | 35 |  | .  mg/dL |
|---|---|---|---|---|

Límites de Referencia (mg/dL)
===========================
< 40        Bajo
> o = 60 Óptimo

| Colesterol LDL |  | 80 |  | .  mg/dL |
|---|---|---|---|---|

Límites de Referencia (mg/dL)
===========================
< 100       Óptimo
100 - 129 Cercano al óptimo
130 - 159 Limítrofe
160 - 189 Alto
> o = 190 Muy alto

| Triglicéridos |  | 73 |  | .  mg/dL |
|---|---|---|---|---|

Límites de Referencia (mg/dL)
===========================
< 150 •     Normal
150 - 199 Moderadamente alto
200 - 499 Alto
> o = 500 Muy alto

| Índice aterogénico |  | 3.4 |  | . |
|---|---|---|---|---|

Límites de Referencia
====================
< 4.5 Óptimo



N°: MX03/014       SGS

www.chopo.com.mx

**UNIDAD AJIJIC**
Carretera Oriente No. 57-3 Col. Floresta   Col. FLORESTA C.P.64010
AJIJIC, JALISCO



**EV0000201**

*Resultados*

| Paciente: | P... ) C... | | |
|---|---|---|---|
| Edad: | **6 Años** | Sexo: **Masculino** | Hoja: 3 de 4 |
| Fecha: | **04-May-2010** | **8:40 am** | |

Dirigido a:   **QUIEN CORRESPONDA**

| Prueba | Bajo (LR) | Dentro (LR) | Sobre (LR) | Límites de referencia |
|---|---|---|---|---|

**EXAMEN GENERAL DE ORINA**

EXAMEN FÍSICO
| | | |
|---|---|---|
| Color | Amarillo | Amarillo |
| Aspecto | Claro | Claro |
| Densidad | 1.010 | 1.005 - 1.030 |

EXAMEN QUÍMICO
| | | |
|---|---|---|
| pH | 7.0 | 5.0 - 8.0 |
| Leucocitos | Negativo | <15  leu/uL |
| Nitritos | Negativo | Negativo |
| Proteínas | Negativo | <15  mg/dL |
| Glucosa | Negativo | <100  mg/dL |
| Cetonas | Negativo | <5  mg/dL |
| Bilirrubina | Negativo | Negativo |
| Urobilinógeno | 0.2 | <2  E.U./dL |
| Hemoglobina | Negativo | <10  eri/uL |

EXAMEN MICROSCÓPICO
| | | |
|---|---|---|
| Leucocitos | 0-1 | <5  /campo |
| Eritrocitos | Ausentes | <2  /campo |
| Eritrocitos dismórficos | Ausentes | Ausentes |
| Cilindros | Ausentes | Ausentes |
| Cristales | Ausentes | Ausentes |
| Células Pavimentosas | Aisladas | Ausentes - Escasas |
| Células Tubulares Renales | Ausentes | Ausentes - Escasas |
| Redes Mucoides | Ausentes | Ausentes - Escasas |
| Bacterias | Ausentes | Ausentes |
| Levaduras | Ausentes | Ausentes |

Método: Espectrofotometría de reflectancia y microscopía de contraste de fases

*** INFORME FINAL ***



N°: MX03/014

www.chopo.com.mx

**UNIDAD AJIJIC**

Carretera Oriente No. 57-3 Col. Floresta   Col. FLORESTA C.P.64010
AJIJIC, JALISCO

PATIENT

DOCTOR
OSCAR LEONEL IBARRA SOLTERO

**LABORATORY**

**CENTRAL DIAGNOSTIC CENTER TOLSA**

Guadalajara, Jalisco. Wednesday, 07 of July 2010

Study: Electroencephalogram.

Routine Study

Observations

The study was done on the patient awake and resting. Bipolar readings and electrodes were placed in accordance with the international system 10 -20.

Reading description:

Rate base can be seen, very disorganized, asynchronous, and asymmetric, modified gradient amplitude, and trains of slow and sharp waves of 3 to 4 hz sharp and diffuse distribution, which continue with the activation by hiperna, changes of reactivity with ocular openness and ELI are very short and abnormal.

Conclusion:

Abnormal trace, diffuse bilateral subcortical paroxysmal component.

*(illegible signature)*

Dra Rosa Arana Aracena
Neurology and Neurophysiology Clinic
R.S.P. 676994   S.S.A. 86732
R.F.C. AAN-470731



**LABORATORIO**
**Central de Diagnóstico TOLSA**

PACIENTE
C6

MEDICO
OSCAR LEONEL IBARRA SOLTERO

GUADALAJARA, JAL. Miércoles, 07 De Julio De 2010

**ESTUDIO:** ELECTROENCEFALOGRAMA

ESTUDIO RUTINARIO

OBSERVACIONES

ESTUDIO PRACTICADO EN PACIENTE DESPIERTO EN REPOSO FISIOLOGICO SE EMPLEARON DERIVACIONES BIPOLARES Y ELECTRODOS DISPUESTOS DE ACUERDO CONH SISTEMA 10 - 20 INTERNACIONAL

DESCRIPCION DE TRAZO
SE APRECIA RITMO DE BASE, MUY DESORGANIZADO, ASINCRONICO Y ASIMETRICO, CON GRADIENTE DE AMPLITUD MODIFICADO,Y CON TRENES DE ONDAS AGUDAS Y LENTAS DE 3 A 4 HZ AFILADOS Y DE DISTRIBUCION DIFUSA, QUE CONTINUAN CON LA ACTIVACION POR LA HIPERNA,LOS CAMBIOS DE REACTIVIDAD CON LA APERTURA OCULAR Y LA E.L.I. MUY BREVE S Y ANORMALES.

CONCLUSIONES
TRAZO ANORMAL DIFUSO Y COMPONENTE PAROXISTICO SUBCORTICAL BILATERAL.

Dra. Rosa Araña Aracena
Neurologia y Neurofisiologia Clinica
R.&P. 676894    S.S.A 86732
R.F.G AA - 570731

AV. ENRIQUE DIAZ DE LEON SUR No. 636, GUADALAJARA, JAL. TEL/FAX: 3825-1977, 3825-7282, 3826-0121, 3826-0963, 3826-2621, 382F

# DIAGNOSTIC CENTER TOLSA
## LABORATORY

AV. ENRIQUE DIAZ DE LEON SUR NO. 636 C.P. 44170
TEL/FAX:5825-1977, 3825-7282, 3826-0121,3826-0963, 3826-2621, 3825-7500
WWWW.LABORATIRIOTOLSA.COM
GUADALAJARA, JALISCO, MEXICO.

**SAMPLE CENTER:** TERRANOVA No. 1440 COL PROVIDENCIA ZIP. 44630. TEL/FAX: 3641-6749
**LABORATORY:** HIGHWAY TO PONIENTE 4B INT.2 AJIJIC, CENTERO.CP 45920. CHAPALA, JALISCO.
TEL(01)37 67 665633

## INTERNAL WORK ORDER FOR THE LABORATORY

PATIENT: Ca
AGE: 6                              Date: 7/07/2010        Control:
DOCTOR: Dr. Cesar F. Ibarrra Soltero (8033)
COMPANY: Private

OBSERVATIONS:

Possible absent seizures

Diagnostic:

Electroencephalogram. EEG.

Date of results:            NEU

                                                Cost            Total:      800.00
                                                                Deposit:    800.00
                                                                Owed:         0.00

Without exception no results will be turned in without receipt

Case 5:10-cv-00462-MTT   Document 1-15   Filed 11/30/10   Page 9 of 12

# LABORATORIO
## Central de Diagnóstico TOLSA

AV. ENRIQUE DIAZ DE LEON SUR No. 636, C.P. 44170
TELS/FAX: 3825-1977, 3825-7282, 3826-0121, 3826-0963,
3826-2621, 3825-7500  www.laboratoriotolsa.com
GUADALAJARA, JALISCO, MEXICO.

**SALA DE TOMAS:** TERRANOVA No. 1440, COL. PROVIDENCIA C.P. 44630 TEL/FAX: 3641-6749
**LABORATORIO:** CARRETERA PONIENTE 4-B INT.2 AJIJIC, CENTRO C.P. 45920
CHAPALA, JAL. TEL: (01) 376766-5633

## ORDEN DE TRABAJO INTERNO
## DEL LABORATORIO

CONTROL: 599073 PTGN

PACIENTE: CESAR F. IBARRA SOLTERO (8033)
EDAD: 6 A  SEXO: M
MEDICO:
EMPRESA: PARTICULAR

FECHA: 0   7/07/10

**ESTUDIOS:**
ELECTROENCEFALOGRAMA 10:30:00 a.m.

**OBSERVACIONES:**
PBLE CRISIS DE AUSENCIA

FECHA DE ENTREGA:

NE

**PRESUPUESTO**
TOTAL $ 800.00
ANTICIPO $ 800.00
PENDIENTE DE PAGO $ 0.00

AL RECOGER SUS RESULTADOS SOLICITAR EN
CAJA SU RECIBO O FACTURA
SIN EXCEPCION NO SE ENTREGARA RESULTADOS, SIN SU COMPROBANTE.



**EV0000194**

*Resultados*

Paciente: PL    C
Edad: **6 Años**    Sexo: **Masculino**    Hoja: 1 de 1
Fecha: **27-Abr-2010  8:21 am**

Dirigido a: **QUIEN CORRESPONDA**

| Prueba | Bajo (LR) | Dentro (LR) | Sobre (LR) | Límites de referencia | |
|---|---|---|---|---|---|
| **BIOMETRÍA HEMÁTICA** | | | | | |
| Leucocitos | | 8.59 | | 5.00-14.00 | miles cél/µL |
| Eritrocitos | | 4.53 | | 4.30-5.40 | millones cél/µL |
| Hemoglobina | | 12.8 | | 12.6-15.5 | g/dL |
| Hematócrito | | 37.8 | | 36.0-46.0 | % |
| Volumen Corp. Medio | | 83.4 | | 70.0-99.0 | fL |
| Hemoglobina Corp. Media | | 28.3 | | 27.0-31.0 | pg |
| Conc. Media de Hemoglobina Corp. | | 33.9 | | 32.0-36.0 | g/dL (%) |
| Ancho de Distrib. de Eritrocitos | | | 15.5 | 11.5-14.5 | % |
| Plaquetas | | 273 | | 150-500 | miles cél/µL |
| Neutrófilos | | | 58.2 | 25.0-58.0 | % |
| Linfocitos | | 30.7 | | 21.0-45.0 | % |
| Monocitos | | 7.2 | | 2.0-9.0 | % |
| Eosinófilos | | 3.0 | | 1.0-4.0 | % |
| Basófilos | | 0.8 | | 0.0-1.0 | % |
| Neutrófilos | | 4.99 | | 1.25-8.12 | miles cél/µL |
| Linfocitos | | 2.64 | | 1.05-6.30 | miles cél/µL |
| Monocitos | | 0.62 | | 0.10-1.26 | miles cél/µL |
| Eosinófilos | | 0.25 | | 0.05-0.56 | miles cél/µL |
| Basófilos | | 0.07 | | 0.00-0.10 | miles cél/µL |

Método: Citometría de flujo con citoquímica

*** INFORME FINAL ***

**Gracias por permitirnos servirle**
**Responsable del Laboratorio de Análisis Clínicos**

QFB Florencia Gallardo Díaz  Cédula Profesional: 1313273 (Universidad Autónoma de Sinaloa)

Aviso de funcionamiento 2806



N°: MX03/014

www.chopo.com.mx

UNIDAD AJIJIC

Carretera Oriente No. 57-3 Col. Floresta  Col. FLORESTA C.P.64010
AJIJIC, JALISCO

Case 5:10-cv-00462-MTT   Document 1-15   Filed 11/30/10   Page 11 of 12

Cel 3351137106

**CLÍNICA DE
ESPECIALIDADES IBARRA**
Dr. Oscar Leonel Ibarra S.
PEDIATRA
D.G.P 1491663  CED. ESPECIALIDAD 3246576
UNIVERSIDAD DE GUADALAJARA

NOMBRE: Y
FECHA: 9-07-10
EDAD:
PESO:
TALLA:
TEMP:

③ Amoxilín 20m (20m)
Tomar el contenido c/u... tomar

① Ferrical por
Tomar 3ml diario por 2 meses

② Depakene (jarabe) M.
Dar … tomar 4m/s 12hrs

Dr. Oscar Leonel Ibarra ...

SURTA ESTA RECETA EN:
- FARMACIA "RIOS"
- 24 HRS. (ABIERTO)
- DE DESCUENTO

MIGUEL MARTÍNEZ No. 530 CHAPALA, JAL. C.P 45900  E-Mail: droleonel@hotmail.com
TEL. (376) 765-4001  URGENCIAS 24 HRS. PARTOS Y CESAREAS
HORARIO DE 10 A 14 Y DE 16 A 20 Hrs. LUNES A VIERNES SÁBADO DE 11:00 A 14:00 Hrs.



**Dr. Oscar Leonel Ibarra Soltero**
PEDIATRA
Universidad de Guadalajara
R.F.C. IASO-620308-D66   PROF. 1491663   PROF. EDO. 1901 (12-1) -2
CED. ESPEP. 3246576   E-Mail: droleonel@hotmail.com

A QUIEN CORRESPONDA:

Por medio de la presente se extiende que el C. menor C___ (D___ P___ fue visto en mi consulta durante el presente año, para su estudio ya que presentaba crisis de ausencia, por cual solicite electroencefalograma y TAC, y de acuerdo a lo encontrado se inicio tratamiento medico con ac. valproico observando mejoría con el manejo, disminuyendo sus crisis.

Se extiende la presente a petición de los familiares para fines que ellos crean conveniente.

ATENTAMENTE

DR OSCAR L. IBARRA S.

CHAPALA JAL. A 29 DE NOV. 2010

MIGUEL MARTINEZ No. 530   CHAPALA, JAL.
CITAS AL TEL. 765-40-01
HORARIO: LUNES A VIERNES DE 10 A 14 HRS./SAB. DE 10 A 13 HRS.