# DEPARTMENT OF VETERANS AFFAIRS
Regional Office
1700 Clairmont Rd
Decatur, Georgia 30033



June 23, 2005

In Reply Refer to: 316/21PC/
C·

John Peterson
737 HWY 26
Elko GA 31025

Dear Mr. Peterson:

This is in response to your request for a letter to use in obtaining a Georgia homestead tax exemption.

Records in this office reflect that you served under honorable conditions and have been rated 100 percent disabled due to **service-connected** causes. Your rating is considered permanent and total under disability rating criteria established by the Department of Veterans Affairs.

Sincerely,

*KATHLEEN R SULLIVAN*
Veterans Service Center Manager



PLAINTIFF'S
EXHIBIT
15

 **Department of
Veterans Affairs**

PO BOX 100021                                16         July 24, 2000
DECATUR GA 30031-7021

IN REPLY REFER TO:

JOHN K PETERSON                                           FILE NUMBER:
1194 BRIARCLIFF RD
MACON GA   31211                             PAYEE NO 00
                                             J K PETER


We amended your disability compensation award as follows:

          MONTHLY RATE              EFFECTIVE DATE
              $2068.00                  5-01-99
              $2116.00                 12-01-99
              $2036.00                  9-26-12

Because your service-connected disability worsened, we
increased your evaluation:

     Condition                              New      %
  POST-TRAUMATIC STRESS DISORDER                     70

The combined evaluation for all your service-connected
disabilities is 80%.

You are entitled to receive compensation at the 100% rate
because you are unemployable due to service-connected
disability.  If you resume employment, you must tell VA as
quickly as possible.

We included additional benefits for your child. You
must tell us immediately if there is any change in the number
or status of your dependents.  Your failure to quickly tell VA
of a dependency change will result in an overpayment which
must be repaid.

We included a cost-of-living increase in this award effective
December 1, 1999.

IMPORTANT -- SEE REVERSE FOR PROCEDURAL AND APPELLATE RIGHTS
KEEP THIS LETTER FOR FUTURE REFERENCE

VA FORM
OCT 1993    **20-8993**

CAUTION: NOT TO BE USED FOR ~~~~~~~~~~~
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

11

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| PETERSON, JOHN KENNEDY | ARMY/RA | |

| 4.a. GRADE, RATE OR RANK | 4.b. PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| SGT | E05 | | Year 1995  Month 09  Day 16 |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| ATLANTA, GA | CUSSETA, GA |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b. STATION WHERE SEPARATED |
|---|---|
| USA MEDDAC HSC, HS | FORT STEWART GA 31314-5000 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | None |
|---|---|---|
| USAR CRTLGP (REINF) ARPERCEN, 9700 PAGE BLVD, ST LOUIS, MO 63132 | Amount: S 200,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 91V2P RESPIRATORY SPECIALIST --1 YRS-1 MOS// | a. Date Entered AD This Period | 1988 | 07 | 20 |
| 91B2P MEDICAL SPECIALIST --5 YRS-3 MOS// | b. Separation Date This Period | 1994 | 04 | 15 |
| NOTHING FOLLOWS | c. Net Active Service This Period | 0005 | 08 | 26 |
| | d. Total Prior Active Service | 0000 | 00 | 00 |
| | e. Total Prior Inactive Service | 0000 | 00 | 00 |
| | f. Foreign Service | 0000 | 00 | 00 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1993 | 01 | 01 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)

ARMY ACHIEVEMENT MEDAL//ARMED FORCES EXPEDITIONARY MEDAL (PANAMA)//ARMY LAPEL BUTTON//ARMY SERVICE RIBBON//ARMY GOOD CONDUCT MEDAL (1ST AWARD)//KUWAIT LIBERATION MEDAL//NCO PROFESSIONAL DEVELOPMENT RIBBON//NATIONAL DEFENSE SERVICE MEDAL//CON'T IN BLOCK 18

14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)

EMERGENCY MEDICAL TECHNICIAN NATIONAL REGISTRY, 7 WEEKS, DEC 1989//DRIVERS TRAINING, 1 WEEK, FEB 1990//PRIMARY LEADERSHIP DEVELOPMENT, 4 WEEKS, FEB 1992//RESPIRATORY SPECIALIST, 6 WEEKS, FEB 1993//MEDICAL SPECIALIST, 10 WEEKS, DEC 1988//NOTHING FOLLOWS

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | 37.5 |

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | No X |
|---|---|---|

18. REMARKS

IMMEDIATE REENLISTMENT THIS PERIOD--19880720-19910620//SUBJECT TO ACTIVE DUTY RECALL AND/OR ANNUAL SCREENING//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 19870917-19880719//DATA HEREIN SUBJECT FOR COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELEGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//CON'T FROM BLOCK 13: SOUTHWEST ASIA SERVICE MEDAL WITH 2 BRONZE SERVICE STARS//COMBAT MEDICAL BADGE//EXPERT BADGE (GRENADE)//EXPERT FIELD MEDICAL BADGE//PARACHUTIST BADGE//PARACHUTIST BADGE WITH 1 BRONZE SERVICE STAR//SHARPSHOOTER BADGE (RIFLE)//NOTHING FOLLOWS

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b. NEAREST RELATIVE (Name and address, include Zip Code) |
|---|---|
| 106 LEE ST  CENTERVILLE, GA  31028 | KRISTI PETERSON,  106 LEE ST CENTERVILLE, GA 31028 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO  GA  DIR. OF VET AFFAIRS  Yes X  No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | O.S. WALLACE, GS-7, CHIEF TR |

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RELEASE FROM ACTIVE DUTY | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200, PARA 6-3B | MDB | 3 |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| HARDSHIP |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | |

DD Form 214, NOV 88

OMB Approved No. 2900-0099
Respondent Burden: 15 Minutes

| **VA** Department of Veterans Affairs | **REQUEST FOR CHANGE OF PROGRAM OR PLACE OF TRAINING SURVIVORS' AND DEPENDENTS' EDUCATION ASSISTANCE** (Under Provisions of Chapter 35, Title 38, U.S.C.) |

## INTERNET VERSION AVAILABLE
You can submit this application over the Internet at the following site: www.gibill.va.gov

### PART I - ALL APPLICANTS

1. NAME OF APPLICANT *(First, Middle initial, Last)*

~~John K. Peterson~~

| 2A. VA FILE NUMBER | 2B. SUFFIX LETTER |

3. NAME OF VETERAN *(First, Middle initial, Last)*

| 4A. VETERAN'S SOCIAL SECURITY NO. | 4B. APPLICANT'S SOCIAL SECURITY NUMBER |

5. MAILING ADDRESS *(Number and street or rural route, city or P.O., State and 9 DIGIT ZIP Code)*

6. IF YOU ARE OR HAVE EVER BEEN ON ACTIVE MILITARY DUTY, GIVE THE DATE (MONTH,DAY, YEAR) YOU BEGAN THIS ACTIVE DUTY

7A. THIS QUESTION IS FOR FEDERAL CIVILIAN EMPLOYEES OF THE UNITED STATES GOVERNMENT. IT IS NOT FOR ACTIVE DUTY PERSONS OR WORK-STUDY RECIPIENTS. IF YOU ARE A CIVILIAN EMPLOYEE OF THE FEDERAL GOVERNMENT, CHECK "YES" IN THIS ITEM. THEN COMPLETE ITEM 7B.

[ ] YES   [ ] NO

7B. *(ONLY COMPLETE THIS BLOCK IF YOU CHECKED "YES" IN ITEM 7A).* IF YOU EXPECT TO RECEIVE FUNDS FROM YOUR AGENCY OR DEPARTMENT FOR THE SAME COURSE FOR WHICH YOU EXPECT TO RECEIVE VA EDUCATIONAL ASSISTANCE, YOU MUST CHECK "YES." THEN DESCRIBE IN DETAIL THE SOURCE OF THESE FUNDS. PLACE THIS INFORMATION IN ITEM 15, REMARKS.

[ ] YES   [ ] NO

### PART II - SPOUSES AND SURVIVING SPOUSE ONLY

8. IF YOU ARE THE SPOUSE OF A DISABLED VETERAN, IS A DIVORCE OR AN ANNULMENT PENDING?

[ ] YES   [ ] NO

| 9A. IF YOU ARE THE SURVIVING SPOUSE, HAVE YOU REMARRIED SINCE THE DEATH OF THE VETERAN? | 9B. DATE THAT YOU REMARRIED *(Month, Year)* |

[ ] YES   [ ] NO   (If "Yes," complete 9B)

### PART III - YOUR PROGRAM

10. WHAT IS YOUR SPECIFIC EDUCATIONAL OR CAREER GOAL?

11. HAVE YOU SELECTED THE SPECIFIC PROGRAM OF EDUCATION YOU PLAN TO TAKE? (If "Yes", list each diploma and specific degree or vocational course you need to reach the final degree or occupation shown in Item 10. If "No", leave this Item blank.)

[ ] YES   [ ] NO

12. EDUCATION OR TRAINING WILL BE BY (Check more than one if necessary)

[ ] COLLEGE OR OTHER SCHOOL        [ ] CORRESPONDENCE (Spouses and Surviving Spouses Only)        [ ] COOPERATIVE TRAINING

[ ] APPRENTICESHIP OR ON-THE-JOB TRAINING        [ ] I SEEK REIMBURSEMENT FOR A LICENSING OR CERTIFICATION TEST

13A. NAME AND ADDRESS (City, State and ZIP Code) OF YOUR **NEW** SCHOOL OR TRAINING ESTABLISHMENT

13B. NAME AND ADDRESS (City, State and ZIP Code) OF YOUR **OLD** SCHOOL OR TRAINING ESTABLISHMENT

14. TELL US WHEN AND WHY YOU STOPPED TRAINING AT YOUR OLD SCHOOL OR ESTABLISHMENT

15. REMARKS (If more space is needed, use the reverse or attach a separate sheet of paper)

### CERTIFICATION AND SIGNATURE OF APPLICANT

I CERTIFY THAT all statements in my application are true and correct to the best of my knowledge and belief.

**PENALTY** - Willful false statements as to a material fact in a claim for education benefits is a punishable offense and may result in the forfeiture of these or other benefits and in criminal penalties.

| 16A. SIGNATURE OF APPLICANT *(DO NOT PRINT)* | 16B. DATE SIGNED |

VA FORM
JAN 2004   **22-5495**        EXISTING STOCKS OF VA FORM 22-5495, AUG 2002, WILL BE USED.

# Gilbert Silverman, MD FAAP FAACAP

---

Diplomate American Board of Pediatrics
Diplomate American Board of Psychiatry and Neurology in:
General Psychiatry, Child and Adolescent Psychiatry

Clinical Professor(retired) MCV-VCU

October 3, 2010

**Ministerio Publico**
**Chapala**, Jalisco

**Re: United States**

**This is to attest that John Kennedy Peterson of Chapala, a United States citizen and a Psychiatrically Disabled Veteran of the Iraq War is known to me He has a diagnosis of Post Traumatic Stress Disorder.**

**I can give you no further information because of the rules disclosure of the Department of Veterans Affairs of the United States Government.**

**Gilbert Silverman**

## Gilbert Silverman, MD FAAP FAACAP

C.P.119519

| Clinica Maskaras | Telephones: | Mail Mexico: | Mail US: |
|---|---|---|---|
| Hidalgo 79A Loop | (O)52(376) 765-4805 | APDO 671 | 2163 Lima |
| Chapala | (H)529376) 776-0478 | Ajijic, | 071-146 |
| Jalisco, Mexico | e-mail: silverman_drg@yahoo.com | Jalisco, Mexico | Laredo, Tx |
| 45900 | | 45920 | 78045S |

# Gilbert Silverman, MD FAAP FAACAP

Diplomate American Board of Pediatrics
Diplomate American Board of Psychiatry and Neurology in:
General Psychiatry, Child and Adolescent Psychiatry

Clinical Professor(retired) MCV-VCU

**October 15, 2010**

**To whom it may concern:**

**I have been acquainted with John Kennedy Peterson from since June 6, 2008 until last seen on September 27, 2010.**

Yours truly,

Gilbert Silverman

C.P.119519

| Clinica Maskaras | Telephones: | Mail Mexico: | Mail US: |
|---|---|---|---|
| Hidalgo 79A | (O)52(376) 765-4805 | APDO 671 | 2163 Lima Loop |
| Chapala | (H)529376) 776-0478 | Ajijic, | 071-146 |
| Jalisco, Mexico | e-mail: silverman_drg@yahoo.com | Jalisco, Mexico | Laredo, Tx |
| 45900 | | 45920 | 78045 |