IN THE JUVENILE COURT OF HOUSTON COUNTY

STATE OF GEORGIA

PANDITA CHARM-JOY SEAMAN,  )
      Plaintiff,  )  Case No:
    vs.  )
JOHN KENNEDY PETERSON,  )  _____
      Defendant.  )

**AFFIDAVIT OF PANDITA CHARM-JOY SEAMAN**

PERSONALLY APPEARED before the undersigned authority, duly authorized to administer oaths, **PANDITA CHARM-JOY SEAMAN**, who after being duly sworn, deposes and states as follows:

1.

My name is **PANDITA CHARM-JOY SEAMAN**. My date of birth is ___. I am currently living at Calzada Club Atlas, Sur 500A, Guadalajara, Jalisco, Mexico; while living in the United States, I will be staying at 3573 Valley Drive, Perry, Georgia. My telephone number is (706) 478-0210. I am employed at Self-Employed as a Graphic Designer. I suffer from no legal disabilities.

2.

I am giving this affidavit for use at any hearing or trial for Civil Action No. _____, HOUSTON COUNTY JUVENILE COURT, in lieu of my appearance in Court. I have not otherwise given this affidavit under any duress; I am making this affidavit freely and voluntarily.

3.

**John Kennedy Peterson** and I have been married for nine (9) years. During that time, I continued living in that house with our four children, ages 8, 6, 5 and 3, as their primary care giver. He has never been involved with their daily care, never bathed them, changed a diaper, dressed them, got up with them at night, potty trained or did homework, etc. He is volatile, quick to anger, aggressive and controlling. He demands 'happy' all the time, of the entire family, myself included, any other emotion, sadness, anger, fear, discouragement, confusion, even simply being tired etc. are met with rage and hours of yelling and screaming, and in the case of the children

Rockefeller Law Center, PC
102 Tommy Stalnaker Dr.
PO Box 7385
Warner Robins, GA 31095
Telephone: (478) 953-6955
Facsimile: (478) 953-7364

PLAINTIFF'S EXHIBIT 16

the child bent over the porch railing to the deck and was wailing on the child's bottom with a 2X8 that he had drilled holes into to make it go faster. Mr. Peterson was really proud of what he had done and wanted me to take a whack too. I told him no, took the battle from him and took the poor child inside, which is probably the only reason he stopped. This occurred in Elko, Houston County, Georgia. I don't know what the outcome was, but the boys never came to visit us again.

7.

He is also a chain smoker (smokes 4 packs a day) and has no discretion about it, he smoked in the house and in the car with the children despite my begging him not to. After the birth of my 3rd child, when I requested that he not smoke in the car on the way home from the hospital with the new born, he stopped the car and threatened to leave me and the baby on the side of the road, unless I dropped the subject. Emphysema and cancer run in both our families, and I was greatly concerned for my health and the children's. When he would take the kids to the movies in recent months, when he brought them home they all smelled like a bar as he would close all the windows and chain smoke in the car.

8.

Mr. Peterson was previously married. He has no legal rights to his minor daughter from this marriage. My understanding is that he was accused of child abuse after the divorce, which cost him the right to see his children. My further understanding is that the police had to respond constantly for exchanges of custody (when they occurred), because Mr. Peterson would become violent. He was also arrested a number of times and has bragged about beating up officers. I know all of this, because of what Mr. Peterson has told me; I know that he does not see his child, but I don't know how much was a lie and how much was him making things up.

9.

My further understanding is that, after the divorce, Mr. Peterson's divorce and before meeting me, his mental health deteriorated to the point that he was committed to a mental hospital. Again, I know this because of what Mr. Peterson has told me. From what I have since learned of Mr. Peterson, he had been suicidal for years and poses a danger to himself and others. He has been barred from the Dublin VA Hospital, after nearly blinding an orderly. He also verbally abused staff of the Social Security Administration in Perry, GA, in **April of 2005.**

Again, this is from what Mr. Peterson has told me.

10.

Our honeymoon was ruined by Mr. Peterson's anger. The honeymoon had been purchased for us. When we were asked to present identification at the hotel, because of this, Mr. Peterson became so violent, he had to be escorted from the hotel.

11.

We lived in Elko, Georgia for several years. While we lived there, I had to call the police several times on several occasions, as he would have screaming fits, and be throwing things around the house for hours on end. I know for sure there is at least one recording where I called and left the phone off the hook till the police arrived. On that occasion (this was probably **late December of 2004/early January of 2005**), he smashed my foot in a door. I was 5 months pregnant at the time, and had two other children. Tara was 2 ½ and Conner 14 months. He was trying to slam the door and Tara had her fingers in the door, so I put my foot in it to take her fingers out, he flew into more of a rage and bore his whole weight down on the door with my foot in it. I never saw a doctor for the injury as John would not allow me to, but I could barely walk for a over month, and it still hurts to this day; he laughed and said that's what I got for being stupid and putting my foot in the door. Tara still remembers this and asks me about it, and if my foot still hurts.

12.

When we lived in the United States, Mr. Peterson used the fact that I did not have a green card to try and bully and intimidate me. Then, when I received my green card, we went to Mexico for a vacation (where my family lived). He turned this into a permanent move and tried to bully and intimidate me about returning to the United States, as I was afraid that living in Mexico could void my green card.

13.

In Mexico, his behavior became even more volatile, as there is little to no police intervention in family matters, and the abuse became physical as well. In one instance (this was probably **sometime in 2007**), he dragged me out of my house at midnight, and almost ripped my throat out (fingers behind my windpipe, I had no voice for a week or so after the instance),

because I told him I didn't want to talk at the moment. The police were called, but no report was made because of the view here of intra-family abuse. This is one of the reasons he liked living in Mexico.

14.

In **November of last year (2009),** after the death of his step father, he began drinking heavily, and smoking pot. This altered his behavior even more and after a few months of volatile madness culminating on New Year's day when he flew into a rage because I made a little New Year's Party for the kids (which he refused to attend) because he was jealous of my spending time with them, I told him I was through and after weeks of him threatening me, and my reinforcing that I wouldn't back down, he moved out in February, 2010.

15.

Sometime around the **beginning of July of 2010**, Mr. Peterson moved out of his apartment in Chapala, Jalisco, Mexico, and returned to the United States, where he remained until the **end of September 2010.** During the time he was away, he refused to pay the children's school tuition or help purchase the school supplies for the beginning of the school year as we had agreed upon, and other than one phone call in which he demanded money, did not call the children or show any interest in the their well-being the entire time.

16.

John is also very abusive to animals and would beat the dogs with metal pipes, they were mastiff puppies, I'm sure the neighbors could hear them screaming as it would go on for quite a while; I would hide the kids and try and stop him from killing them. He supposedly loved those dogs terribly as well. At one point, someone called animal protection, although John talked his way out of it.

17.

Since **February of 2010,** things have gone from bad to worse, from him calling me and every member of my family 20 to 30 times daily to scream and yell and call me names, to the point that I would have to turn my phone off as I couldn't get anything done, to death threats and threats to hurt and "ruin" everyone I care about. I reported the death threats and other abuses to the local authorities as I was concerned for my safety and am including a copy of the official

translation of the deposition from the case file.

18.

On **September 24, 2010**, Mr. Peterson broke into my house. I returned home to find him standing outside my door. He said that he'd been in the house and checked my computer for files. He informed me that he had broken into my house to search for anything of interest, as he had been threatening to "destroy me". When I opened the front door he forced his way in behind me, went upstairs and said hello to the children for a few minutes, then came downstairs and started verbally abusing and threatening me, and leveling accusations against me. I asked him to leave my house, which he refused to do and continued screaming in my face. He slapped me several times, threw me on the couch, and choked me while saying he was going to kill me. He eventually left the house. I was extremely frightened for my life and afraid he would abduct the children, so I called my parents and after making a formal report at the local police station, I went to stay at my parents with the children for our safety.

19.

On **September 27, 2010**, Mr. Peterson and I went to a local magistrate to discuss what to do about the children. He was permitted to spend the day with the children on **October 2, 2010**, but was ordered to return the children back to my that same day. He did not do so and called me at 9:00 p.m. telling me he was not going to return the children at all. Later, I learned that he was in Texas and by **October 6, 2010**, I learned that he was in Warner Robins, Georgia. Later, I learned that he had obtained a court order for custody from a juvenile court in Houston County, Georgia.

20.

My eldest son, C. ●D. ,P_____ age 6, was recently diagnosed with absent seizures as well as hyperactivity, his father, Mr. Peterson, has no knowledge of his prescription and as such is probably not administering the medication.

Further Affiant sayeth not.

SWORN TO AND SUBSCRIBED before me,
this ___9___ day of __November__, 2010.


Pandita Charm-Joy Seaman

_____
NOTARY PUBLIC
Shatari Cheever