PETITIONER'S EXHIBIT SHEET

Merits of Petition Hearing held before Judge Treadwell on 12/9/10 in Macon, GA

Case No: 5:10-cv-462-MTT

Pandita Charm-Joy Seaman

vs.

John Kennedy Peterson

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | Treaty | 12/9/10 | |
| 2 | U.S. Code Provision | 12/9/10 | |
| 3 | Marriage License w/Certification | 12/9/10 | 12/9/10 |
| 4 | Mexican Visa of Plaintiff | 12/9/10 | 12/9/10 |
| 5 | Birth Certificates of Children | 12/9/10 | 12/9/10 |
| 6 | Request for Return of Children | 12/9/10 | 12/9/10 |
| 7 | Copies of Children's Mexican School Records | 12/9/10 | 12/9/10 |
| 8 | Mexican Civil Code Titles | 12/9/10 | |
| 9 | Preliminary Investigation of Incident | 12/9/10 | 12/9/10 |
| 10 | Visitation Order from Mexican Magistrate | 12/9/10 | |
| 11 | Petition for Deprivation by John Peterson | 12/9/10 | 12/9/10 |
| 12 | Petition for Deprivation by Pandita Seaman | 12/9/10 | 12/9/10 |
| 13 | Ltr from Dr. Williamson | 12/9/10 | |
| 14 | Medical Records of Children | 12/9/10 | |
| 15 | PTSD Record of John Peterson | 12/9/10 | |
| 16 | Affidavit of Pandita Seaman | 12/9/10 | |
| 17 | Affidavit of Matthew Bixler | 12/9/10 | |
| 18 | Affidavit of Clara Bixler | 12/9/10 | |
| 19 | Affidavit of Joan Delisser | 12/9/10 | |

| 20 | Affidavit of Dolores Bixler | 12/9/10 | |
|---|---|---|---|
| 21 | Affidavit of Chrispin Seaman | 12/9/10 | |
| 22 | Affidavit of Sherri Seaman-Bixler | 12/9/10 | |
| 23 | Incident Report of Peterson | 12/9/10 | |
| 24 | Incident Report of Peterson | 12/9/10 | |
| 25 | Incident Report of Peterson | 12/9/10 | |
| 26 | Incident Report of Peterson | 12/9/10 | |
| 27 | Incident Report of Peterson | 12/9/10 | |
| 28 | Judgment under Family Violence Act | 12/9/10 | |
| 29 | Report of Guardian Ad Litem | 12/9/10 | |
| 30 | Order for Psychiatric Eval of Peterson | 12/9/10 | |
| 31 | Final Order re: Peterson | 12/9/10 | |
| 32 | Seaman's Legal Separation Petition | 12/9/10 | 12/9/10 |
| 33 | Family Violence Protective Order | 12/9/10 | |
| 34 | Custody Petition from Mexico | 12/9/10 | 12/9/10 |
| 35 | Temp Order Granting Custody from Mexico | 12/9/10 | 12/9/10 |