RESPONDENT'S EXHIBIT SHEET

Merits of Petition Hearing held before Judge Treadwell on 12/9/10 in Macon, GA

Case No: 5:10-cv-462-MTT

Pandita Charm-Joy Seaman

vs.

John Kennedy Peterson

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | Photo of Birthday Party | 12/9/10 | 12/9/10 |
| 2 | Brochure of a Project by "The Family" | 12/9/10 | 12/9/10 |
| 3 | Brochure from "The Family International" | 12/9/10 | 12/9/10 |
| 4 | Brochure from "The Family International" | 12/9/10 | 12/9/10 |
| 5 | Photo of Group of People | 12/9/10 | 12/9/10 |