

제    호
태 권 도 : 6 급 KUP 품    단
국    적 : MEXICANA
성    명 : ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 생

위의 사람은 본회 제   회 승급심사
결과   단 107 급을 인허함.
        년 2009 월 11 일 26

청       우
회장   眞   光   金



## Diploma

NO _____ A __26__ DE _NOV._ DE _2009_
NACIONALIDAD: MEXICANA
NOMBRE: ▮▮▮▮▮▮▮▮▮▮
FECHA DE NACIMIENTO: ▮▮▮▮▮▮▮▮▮▮
GRADO   DAN   POOM  6  KUP. CINTA  VERDE
ESCUELA: CHENG WOO HOI CHAPALA (2)
PROFESOR: FRANCISCO JAVIER GUTIERREZ ALFARO
LA UNION DE TAE KWON DO
CHENG WOO HOI
      CERTIFICA:

QUE LA PERSONA ARRIBA MENCIONADA
HA APROBADO SU EXAMEN
CORRESPONDIENTE EN LA ___107 AVA.___
PROMOCION DE GRADOS DE LA FEDERACION
MUNDIAL DE TAE KWON DO CHENG WOO HOI

JONG MIN KIM                SUN MYUNG KIM (CHIN KWANG)
DIRECTOR GRAL.              FUNDADOR

REG. UICHWHTHDF - 1102006   MIEMBRO DE WTF T.K.D. MIEMBRO DE I.H.F. H.K.D.



[redacted] [redacted]

[redacted] [redacted]

| TAE.KWON.DO. HAPKIDO UNION<br><br>(SEAL) | **TAE KWON DO UNION**<br>**CHENG WOO HOI A.C.**<br>*SCHOOL PROFESSOR FRANCISCO GUTIERREZ*<br>REG. CERTIFICATE WORLD KUKIWON 05205617<br>REG.FMXTKD:63J01CHWTH006 |
|---|---|

To whom it may concern:                                                             18th October/2010

The under scribed professor of the Chapala Cheng woo hoi School key: 632JOICHWHTH006, with all respect and in answer To Whom It May Concern certify that the following students:



| T▮▮▮ | 15/MAY/2008 | C▮▮▮ | 15/MAY/2008 |
| T▮▮ | 1/NOV/2008 | S▮ | 1/OCT/2009 |

Were students of this institution from the above dates till the 1st of October 2010 at the Tae Kwon Do school mentioned above.

The following certification is given at the request of interested parties for legal purpose as they may see fit.

SINCERELY

*(Illegible Signature)*

| TAE.KWON.DO. HAPKIDO UNION<br><br>(SEAL) |
|---|

**PROF. FRANCISCO GUTIERREZ ALFARO**
**Instructor of the school CWH, Chapala**



TAE KWON DO   HAP KI DO
CHENG WOO HOI
**CERTIFICADO**

NOMBRE SO[redacted]

FECHA DE NACIMIENTO [redacted]

FECHA DE REGISTRO 1 DE OCT. 2009
ESTE DOCUMENTO CERTIFICA
QUE ESTA PERSONA ES MIEMBRO
DE LA CONGREGACION DE:

CHENG WOO HOI
CHAPALA JALISCO

PROFESOR FRANCISCO GTZ. A.
INSTRUCTOR FRANCISCO GTZ. A.

JONG MIN KIM CHOI
DIRECTOR GENERAL

No. C2F 436

JURAMENTO
선서
PROTECCION PARA LA JUSTICIA
정의로서 대도를 수호하자
CULTURA FISICA Y DE PERSONALIDAD
수도로서 인격을 도야하자
CORTESIA FE Y UNIDAD
예의와 신의로서 단결하자
CHEN WOO HOI, A.C.

TAE KWON DO  HAP KI DO
CHENG WOO HOI
**CERTIFICADO**

NOMBRE SO███████████

FECHA DE NACIMIENTO ███████████

FECHA DE REGISTRO 1 DE OCT. 2009

ESTE DOCUMENTO CERTIFICA
QUE ESTA PERSONA ES MIEMBRO
DE LA CONGREGACION DE:

CHENG WOO HOI
CHAPALA JALISCO

PROFESOR FRANCISCO GTZ. A.

INSTRUCTOR FRANCISCO GTZ. A.

JONG MIN KIM CHOI
DIRECTOR GENERAL

No. C2F 436

JURAMENTO
선서

PROTECCION PARA LA JUSTICIA
정의로서 대도를 수호하자
CULTURA FISICA Y DE PERSONALIDAD
수도로서 인격을 도야하자
CORTESIA FE Y UNIDAD
예의와 신의로서 단결하자
CHEN WOO HOI, A.C.