PETITIONER'S EXHIBIT SHEET

Evidentiary Hearing held before Judge Treadwell in Macon, GA on 12/17/10

Case No: 5:10-cv-462-MTT

Pandita Charm-Joy Seaman

vs.

John Kennedy Peterson

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 53 | Petitioner's Visa from Mexico | 12/17/10 | |
| 54 | Petitioner's Passport | 12/17/10 | |
| 55 | Tae Kwon Do Records of Children | 12/17/10 | |
| 56 | School Records | 12/17/10 | |
| 57 | School Records | 12/17/10 | |
| 58 | School Records | 12/17/10 | |
| 59 | School Records | 12/17/10 | |
| 60 | Print Out of Petitioner's Face Book Page | 12/17/10 | |