RESPONDENT'S EXHIBIT SHEET

Evidentiary Hearing held before Judge Treadwell in Macon, GA on 12/17/10

Case No: 5:10-cv-462-MTT

Pandita Charm-Joy Seaman

vs.

John Kennedy Peterson

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 6A | Transcript from Juvenile Hrg, Part 1 | 12/17/10 | 12/17/10 |
| 6B | Transcript from Juvenile Hrg, Part 2 | 12/17/10 | 12/17/10 |
| 7 | Certified Copy of Juvenile Hrg Proceedings | 12/17/10 | 12/17/10 |
| 8A | Copy of "Expressions of Ecstacy, Part 1" | 12/17/10 | |
| 8B | Copy of "Love and Affection" | 12/17/10 | |
| 8C | Copy of "Impartial Love and Sacrifice, Living and Giving, Part 1" | 12/17/10 | |
| 8D | Copy of "Impartial Love and Sacrifice, Living and Giving, Part 2" | 12/17/10 | |
| 9A-E | David Berg's "Guide", Part 1 | 12/17/10 | 12/17/10 |
| 10 | David Berg's "Guide", Part 2 | 12/17/10 | |
| 11 | Affidavit of Dr. Silverman | 12/17/10 | |
| 12 | Resume of Dr. Silverman | 12/17/10 | |
| 13 | Medical records of Connor Peterson | 12/17/10 | |
| 14 | Medical records of Richard Peterson | 12/17/10 | |
| 15 | Medical records of Sophia Peterson | 12/17/10 | |
| 16 | Medical records of Tara Peterson | 12/17/10 | |
| 17 | Letter from Scarlett Peterson | 12/17/10 | |