IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PANDITA CHARM-JOY SEAMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:10-CV-462 (MTT) |
| ) | |
| JOHN KENNEDY PETERSON, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

## ORDER

On December 30, 2010, Dr. Thomas Williamson contacted the Court to express concerns about the welfare of the parties' children. The Court conducted a status conference by telephone on December 31, 2010 with counsel for the parties, Wendy Chadwell, a representative of Houston County Department of Family and Children Services, and Walter Sammons, an attorney for Houston County Department of Family and Children Services. Based upon the discussion at that conference, the Court hereby orders that the children shall remain in the custody of Pandita Charm-Joy Seaman until further notice. The Court will conduct a telephone status conference at 3:00 p.m. on January 3, 2011.

**SO ORDERED**, this 31st day of December, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT