# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| PANDITA CHARM-JOY SEAMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:10-CV-462 (MTT) |
| ) | |
| JOHN KENNEDY PETERSON, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

## ORDER

In accordance with the Court's Order of December 31, the Court conducted a status conference on January 3, 2011. Because the Houston County Department of Family and Children Services has not completed its investigation, the children shall remain in the custody of Pandita Charm-Joy Seaman until further notice. However, the Respondent shall be allowed supervised visitation, the details of which shall be arranged by the parties in coordination with DFACS.

Counsel for the Respondent shall advise the Court by January 5 concerning the arrangements for obtaining the testimony of Dr. Silverman.

**SO ORDERED**, this 3rd day of January, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT