IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| PANDITA CHARM-JOY SEAMAN, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | CIVIL ACTION NO. 5:10-CV-462(MTT) |
| JOHN KENNEDY PETERSON, | ) | |
| Respondent. | ) | |

## ORDER

The Court has scheduled a final evidentiary hearing for January 14, 2011, at 9:30 a.m. The parties are advised that the evidence will close at the conclusion of this hearing. Additionally, if counsel for the parties wish to make a closing statement, they should be prepared to do so at this hearing.

**SO ORDERED,** this 6th day of January, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT