

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON  DIVISION
AT MACON, GEORGIA**

---

### MINUTE SHEET OF COURT PROCEEDINGS (UNCONTESTED)
---

Date: 01/13/2011                                   Type of Hearing: Evidentiary Hrg.

Judge: MARC T. TREADWELL                  Court Reporter: Tammy Fletcher

Courtroom Deputy: Charlene A. Lunsford      Interpreter:

<u>*Case Number:*</u>   5:10-CV-00462- (MTT)

PANDITA CHARM-JOY SEAMAN            Counsel: A. James Rockefeller

   vs.

JOHN KENNEDY PETERSON                   Counsel: George L. Williams, Jr.

Agents/experts in attendance:

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

                                        **Court time for JS10/MJSTAR:**   4hrs. 40 min.

11:04 A.M. Court called to Order.  Judge discussed exhibits from previous exhibit list.  Judge asked Ms. Seaman about son's doctor visit and the results of his EEG.

Atty. Williams discussed Dr. Williamson's  phone call to the Court.  Judge not relying on Dr.'s allegations, in re: Order of Custody.

Atty. Williams  calls  Ms. Wendy Chadwell to the stand, in re: her visitation with the children.  Cross examination.  Re-direct.

Atty. Williams calls Ms. Frierson, principal of childrens' school to the stand.  Cross examination.  Re-direct.

Judge asks in re: evidence planned to be put up today.  Exhibit #33 discussion.  Judge will make a

final decision later today on allowing this evidence into the record.

Atty Williams called Witness: Ms. Frierson, principal of childrens' school called to the stand. Principal Fierson testified to her meeting with Ms. Seaman, and Ms. Seaman's actions at the school.

11:50 A.M. - Atty Williams called Mr. Peterson to the stand. Testimony about his fears that if children allowed to return to Mexico, that he won't be able to see them again. Cross-examined by Atty. Rockefeller in re: Mr. Peterson filing for divorce in Houston County and the timing of that.

12:05 P.M. - Playing of the January 11th audio deposition of Dr. Silverman.
12:40-1:45 - Break
1:45 P.M. - Continuation of the playing of audio deposition of Dr. Silverman.

3:27 P.M. - Judge goes over exhibits, discussion on what is admitted or not.  Judge discusses with Atty. Williams Exh. #23.  Court will need remaining pages of this document to complete the record.

3:45 P.M. - short break
4:02 P.M. - Court reconvenes.  Attorney Williams and Attorney Rockefeller give their closing arguments.

4:19 P.M. - Judge rules.  Petition granted in part.  Custody falls with the Court in the appropriate jurisdiction.  Children were in habitual residence in Mexico, and that the jurisdiction falls in Mexico.  Court will enter an Order that will be translated into Spanish for the Mexican Authorities.

Adjourned 4:40 P.M.