IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2011 JAN 19 PM 3:44
DEPUTY CLERK

JOHN KENNEDY PETERSON, )
)
)
Petitioner. )
)
v. ) CIVIL ACTION NO. 5:10-CV-462 (MTT)
)
PANDITA CHARM-JOY SEAMAN )
Respondent . )

## NOTICE OF APPEAL

Know comes John Kennedy Peterson respondent in above named action now known as "Petitioner" for the purpose of appeal. The petitioner respectfully notifies this honorable court his intent to file an appeal in the above named case.

The petitioner is a non-attorney, who is untrained in the law. The petitioner respectfully requests this honorable court to allow this notice of appeal to be filed.

Sincerely,

Pro-Se, John K. Peterson

715 Randolph Avenue

Warner Robins Georgia

John Kennedy Peterson

715 Randolph Avenue

Warner Robins GA 31098

Phone number [478-919-0769]