**Hague Convention; Seaman v Peterson**
Marc Treadwell(Dist Judge)  to: dionuver               01/19/2011 04:45 PM
Cc:   jim, georgelwilliams, wgsaws, Judge Peter Messitte

Apreciable Juez Dionisio Nuñez Verdín:

El juez federal Messitte me envió una copia del correo electrónico del 12 de enero del 2011 en el cual usted respondía a nuestras preguntas preliminares respecto a los asuntos de la Convención de la Haya que están pendientes en mi tribunal. Desde entonces, hemos llegado a nuestra decisión final. Ordené que los cuatro niños fueran retornados a Jalisco.

Estoy enviando una copia ajunta de la traducción de la conclusión de nuestra Orden y una copia no traducida de la Orden entera. Aunque el Demandado no pudo mostrar que los niños estuvieran en grave riesgo si se devolvieran a Jalisco, el Demandado no obstante ha hecho alegatos serios acerca de La Familia Internacional en general. Por eso opino que sería mejor que la institución apropiada supervise a los niños y reporte periódicamente al Juez de lo Familiar o el Juez de Enlace, como usted explicó en su correo electrónico del 12 de enero. Entiendo que ésta sería la Dirección de Protección a la Familia del DIF Jalisco, el Consejo Estatal de Familia, o el Consejo Municipal de Familia. Si usted me deja saber cuál de las agencias es la más adecuada para ejercer supervisión sobre ellos, yo enmendaré esta orden según me diga.

En espera de su repuesta.

Atentamente.

Marc T. Treadwell,
Juez federal para el distrito central de Georgia
Post Office Box 65
Macon, Georgia 31202


Dear Juez Dionisio Nunez Verdin:

District Judge Messitte forwarded to me your January 12, 2011 email answering our preliminary questions regarding the Hague Convention matter pending in my court. Since then, we have entered our final ruling. I ordered that the four children be returned to Jalisco.

I am attaching a translated copy of the conclusion of our Order and an untranslated copy of the entire Order. Although the Respondent was not able to establish that the children would be subjected to grave risk if returned to Jalisco, the Respondent nevertheless has raised serious allegations about the Family International generally. Accordingly, I think it would be better if the appropriate agency exercised supervision over the children and reported periodically to the family law judge or the

network judge, all as outlined in your January 12 email. I understand this would be the Directorate for the Family of the DIF Jalisco, the State Council for the Family or the Municipal Council for the Family. If you will let me know which agency would be the most appropriate to exercise this supervision, I will supplement my order accordingly.

      I look forward to hearing from you.

Marc T. Treadwell
Judge, United States District Court
Middle District of Georgia
478.752.3500
marc_treadwell@gamd.uscourts.gov

Order.doc.1.petition.pdf    Order (Spanish).pdf