# EXHIBIT SHEET

PANDITA CHARM-JOY SEAMAN		CASE NO.    5:10-CV-462(MTT)

v.

JOHN KENNEDY PETERSON		PETITIONER'S EXHIBITS

PAGE 1 of 3

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | Treaty | 12/9/10 | |
| 2 | U.S. Code Provision | 12/9/10 | |
| 3 | Marriage License w/Certification | 12/9/10 | 1/13/11 |
| 4 | Mexican Visa of Plaintiff | 12/9/10 | 12/9/10 |
| 5 | Birth Certificates of Children | 12/9/10 | 12/9/10 |
| 6 | Request for Return of Children | 12/9/10 | 12/9/10 |
| 7 | Copies of Children's Mexican School Records | 12/9/10 | 12/9/10 |
| 8 | Mexican Civil Code Titles | 12/9/10 | |
| 9 | Preliminary Investigation of Incident | 12/9/10 | 12/9/10 |
| 10 | Visitation Order from Mexican Magistrate | 12/9/10 | 1/13/11 |
| 11 | Petition for Deprivation by John Peterson | 12/9/10 | 12/9/10 |
| 12 | Petitiion for Deprivation by Pandita Seaman | 12/9/10 | 12/9/10 |
| 13 | Ltr from Dr. Williamson | 12/9/10 | 1/13/11 |
| 14 | Medical Records of Children | 12/9/10 | 1/13/11 |
| 15 | PTSD Record of John Peterson | 12/9/10 | |
| 16 | Affidavit of Pandita Seaman | 12/9/10 | |
| 17 | Affidavit of Matthew Bixler | 12/9/10 | |
| 18 | Affidavit of Clara Bixler | 12/9/10 | |
| 19 | Affidavit of Joan Delisser | 12/9/10 | |
| 20 | Affidavit of Dolores Bixler | 12/9/10 | |
| 21 | Affidavit of Chrispin Seaman | 12/9/10 | |
| 22 | Affidavit of Sherri Seaman-Bixler | 12/9/10 | |
| 23 | Incident Report of Peterson | 12/9/10 | |

EXHIBIT SHEET

PANDITA CHARM-JOY SEAMAN			CASE NO.	5:10-CV-462(MTT)

   v.

JOHN KENNEDY PETERSON			PETITIONER'S EXHIBITS

| | | | |
|---|---|---|---|
| 24 | Incident Report of Peterson | 12/9/10 | |
| 25 | Incident Report of Peterson | 12/9/10 | |
| 26 | Incident Report of Peterson | 12/9/10 | |
| 27 | Incident Report of Peterson | 12/9/10 | |
| 28 | Judgment under Family Violence Act | 12/9/10 | |
| 29 | Report of Guardian Ad Litem | 12/9/10 | |
| 30 | Order for Psychiatric Eval of Peterson | 12/9/10 | |
| 31 | Final Order re Peterson | 12/9/10 | |
| 32 | Seaman's Legal Separation Petition | 12/9/10 | 12/9/10 |
| 33 | Family Violence Protective Order | 12/9/10 | |
| 34 | Custody Petition from Mexico | 12/9/10 | 12/9/10 |
| 35 | Temp Order Granting Custody from Mexico | 12/9/10 | 12/9/10 |
| 36 | Dr. Steve Wade letter | 12/9/10 | |
| 37-52 | Photographs of Bixler property | | |
| 53 | Petitioner's Visa from Mexico | 12/17/10 | |
| 54 | Petitioner's Passport | 12/17/10 | |
| 55 | Tae Kwon Do Records of Children | 12/17/10 | 12/17/10 |
| 56 | School Records | 12/17/10 | 12/17/10 |
| 57 | School Records | 12/17/10 | 12/17/10 |
| 58 | School Records | 12/17/10 | 12/17/10 |
| 59 | School Records | 12/17/10 | 12/17/10 |
| 60 | Print Out of Petitioner's Face Book Page | 12/17/10 | 1/13/11 |
| 61 | Affidavit of Attorney Freddy Olguin Rodriguez | | |

EXHIBIT SHEET

PANDITA CHARM-JOY SEAMAN          CASE NO.   5:10-CV-462(MTT)

   v.

JOHN KENNEDY PETERSON             PETITIONER'S EXHIBITS

PAGE 3 of 3

|  |  |  |  |
|---|---|---|---|
| 62 | Jan 11, 2011, Ltr from Central Authority of Mexico | 1/13/11 |  |
| 63 | Ltr from Atty. Rockefeller & Notes | 1/13/11 | 1/13/11 only notes admitted, not letter |
| 64 | Notes – Redacted Portion | 1/13/11 | 1/13/11 |
| 65 | Atty. Rockefeller Atty Fee Bill | 1/13/11 | Not admitted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |