EXHIBIT SHEET

PANDITA CHARM-JOY SEAMAN        CASE NO.    5:10-CV-462(MTT)

   v.

JOHN KENNEDY PETERSON           RESPONDENT'S EXHIBITS

                                PAGE 1 of 2

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | Photo of Birthday Party | 12/9/10 | 12/9/10 |
| 2 | Brochure of a Project by "The Family" | 12/9/10 | 12/9/10 |
| 3 | Brochure from "The Family International" | 12/9/10 | 12/9/10 |
| 4 | Brochure from "The Family International" | 12/9/10 | 12/9/10 |
| 5 | Photo of Group of People | 12/9/10 | 12/9/10 |
| 6A | Transcript from Juvenile Hrg, Part 1 | 12/17/10 | 12/17/10 |
| 6B | Transcript from Juvenile Hrg, Part 2 | 12/17/10 | 12/17/10 |
| 7 | Certified Copy of Juvenile Hrg Proceedings | 12/17/10 | 12/17/10 |
| 8A | Copy of "Expressions of Ecstasy, Part 1" (remarked) | 12/17/10 | Non-existence |
| 8B | Copy of "Love and Affection" | 12/17/10 |  |
| 8C | Copy of "Impartial Love and Sacrifice, Living and Giving, Part 1" | 12/17/10 |  |
| 8D | Copy of "Impartial Love and Sacrifice, Living and Giving, Part 2" | 12/17/10 |  |
| 9A | Copy of "Expressions of Ecstasy, Part 1" (remarked) | 12/17/10 | 12/17/10 |
| 9B | Copy of "Love and Affection" | 12/17/10 | 1/13/11 |
| 9C | Copy of "Impartial Love and Sacrifice, Living and Giving, Part 1" | 12/17/10 | 1/13/11 |
| 9D | Copy of "Impartial Love and Sacrifice, Living and Giving, Part 2" | 12/17/10 | 1/13/11 |
| 9E | Davidito Book | 12/17/10 | 12/17/10 |
| 10 | Not marked |  |  |
| 11 | Affidavit of Dr. Silverman | 12/17/10 |  |
| 12 | Affidavit of Dr. Silverman | 12/17/10 |  |
| 13 | Medical records of Conner Peterson | 12/17/10 | 12/27/10 |
| 14 | Medical records of Richard Peterson | 12/17/10 | 12/17/10 |

EXHIBIT SHEET

PANDITA CHARM-JOY SEAMAN          CASE NO.    5:10-CV-462(MTT)

    v.

JOHN KENNEDY PETERSON              RESPONDENT'S EXHIBITS

PAGE 2 of 2

| | | | |
|---|---|---|---|
| 15 | Medical records of Sophia Peterson | 12/17/10 | 12/17/10 |
| 16 | Medical records of Tara Peterson | 12/17/10 | 12/17/10 |
| 17 | Letter from Scarlett Peterson | 12/17/10 | |
| 18 | US Applicable Treatises re International Child Abduction | 12/21/10 | 12/21/10 |
| 19 | Facebook documents | 12/21/10 | 1/13/11 |
| 20 | Not marked | | |
| 21 | Skype printout | 12/21/10 | 12/21/10 |
| 22 | CD Audio Tape Deposition of Dr. Silverman | 1/13/11 | 1/13/11 |
| 23 | Decision from British Court in re: Family International | 1/13/11 | 1/13/11 |
| 24 | Dr. Silverman Notes – Records | 1/13/11 | 1/13/11 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Exh #1 | Court Exhibit – Houston Cty. Juvenile Court | 1/13/11 | 1/13/11 |
| | | | |