IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

MACON DIVISION

| | | |
|---|---|---|
| PANDITA CHARM-JOY SEAMAN, | : | |
| | : | Civil Action No. 5:10-CV-462 |
| Petitioner | : | |
| vs. | : | |
| | : | |
| JOHN KENNEDY PETERSON, | : | |
| | : | |
| Respondent | : | |

## MOTION TO WITHDRAW AS COUNSEL FOR THE RESPONDENT

NOW COMES counsel of record for the Respondent, to wit, GEORGE L. WILLIAMS, JR. and M. STANLEY MARTIN and move this Honorable Court for an order permitting their withdrawal and respectfully show the Court the following:

1.

Counsel for the Respondent have recently given due written notice to our client respecting such intention to withdraw and previously orally informed the client on several occasions that we would not be involved with any appeal. Said written notice is in compliance with Rule 83.1.4 of this Court's local rules.

2.

Defendant JOHN KENNEDY PETERSON has consented in writing to the withdrawal.

WHEREFORE the undersigned Counsel for the Respondent request that they be allowed to withdraw and relieved of all further appearances and responsibilities in connection with the above-styled case.

Respectfully submitted, this 24th day of January, 2011.

/s/ George L. Williams_____
George L. Williams, Jr.
Georgia Bar No. 761800
Attorney for Respondent

/s/ M. Stanley Martin_____
M. Stanley Martin
Georgia Bar No. 473525
Attorney for Respondent

127 Carl Vinson Parkway
Warner Robins, Georgia  31088
(478) 923-0236