IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PANDITA CHARM-JOY SEAMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:10-CV-462 (MTT) |
| ) | |
| JOHN KENNEDY PETERSON, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

## ORDER

In a previous Order (Doc. 53), this Court ordered that the Peterson children should be returned to Mexico, the country of their habitual residence, but stayed the enforcement of the Order until January 31, 2011, to allow the Respondent to seek a stay from the Eleventh Circuit. On January 28, 2011, the Eleventh Circuit denied the Respondent's Emergency Motion to Stay Order. This Court's stay of its Order (Doc. 53) has now expired. The Court orders the following:

1) The Court will release all passports and travel documents for the Petitioner and her children.

2) Petitioner must report to the Department of Family Protection (the DIF Jalisco, website http://sistemadif.jalisco.gob.mx) in Jalisco, Mexico, within 7 days of arrival in Mexico.

3) The Court retains jurisdiction over the case to rule on fee requests, any undertakings necessary for the full implementation of its Order, and any other issues that may arise.

**SO ORDERED**, this 1st day of February, 2011.

                                        <u>S/ Marc T. Treadwell</u>
                                        MARC T. TREADWELL, JUDGE
                                        UNITED STATES DISTRICT COURT