IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

PANDITA CHARM-JOY SEAMAN, *

    Petitioner *

vs. * Case Number 5:10-CV-462 (MTT)

JOHN KENNEDY PETERSON, *

    Respondent *

## JUDGMENT

Pursuant to the Orders of this court dated January 14, 2011 and February 1, 2011, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Petitioner directing that the children be returned to their habitual residence in Mexico,

JUDGMENT is further entered pursuant to this Court's Order dated March 2, 2011 awarding Petitioner;

(1) Attorney fees in the amount of $5,056.63;

(2) Reimbursement for five one-way airline tickets from Atlanta, Georgia to Guadalajara, Mexico in the amount of $3,965.00,

These amounts shall accrue interest from the date of entry of judgment at the rate of .27% per annum until paid in full.

This 2nd day of March, 2011.

    Gregory J. Leonard, Clerk

    S/ Cheryl M. Alston, Deputy Clerk

APPROVED BY:
_____
MAC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT