IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| PANDITA CHARM-JOY SEAMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:10-CV-462 (MTT) |
| | ) | |
| JOHN KENNEDY PETERSON, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 5.4(c), "[t]he court may order that a filing be made under seal without redaction. The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record." The Court hereby directs the clerk's office to file all official transcripts from this matter under seal. The transcripts shall remain sealed until further order of the Court.

**SO ORDERED,** this 28th day of March, 2011.

                                                    S/ Marc T. Treadwell
                                                  MARC T. TREADWELL, JUDGE
                                                  UNITED STATES DISTRICT COURT